# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN POSTAL WORKERS UNION, )<br>AFL-CIO )<br>1300 L Street, N.W. )<br>Washington, D.C. 20005, )<br>             )<br>    Plaintiff, )<br>             )<br>v.           )<br>             )<br>UNITED STATES POSTAL SERVICE, )<br>475 L'Enfant Plaza, S.W. )<br>Washington, D.C. 20260, )<br>             )<br>    Defendant. ) | Civil Action No.1:06CV00726 (CKK) |

## AFFIDAVIT OF SERVICE

I, Barbara Zibordi, in lieu of an affidavit as permitted by 28 U.S.C. 1746, declare under penalty of perjury that the following is true:

On May 1, 2006, the following party was served with the Summons and Complaint in this matter by certified mail, return receipt requested, as follows:

Civil Process Clerk
U.S. Attorney for the District of Columbia
555 4th Street, NW
Washington, DC 20001

True copy of the signed return receipt is attached.

Dated: 5/04/06

*Barbara Zibordi* (signature)
Barbara Zibordi

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY | |
|---|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _(signature)_  MAY 0 1 2006 | ☐ Agent<br>☐ Addressee |
| | B. Received by (*Printed Name*) | C. Date of Delivery |
| 1. Article Addressed to:<br><br>Civil Process Clerk at Office of United States Attorney District of Columbia 555 4th Street, NW Washington, DC 20530 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No | |
| | 3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered      ☐ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D. | |
| | 4. Restricted Delivery? (*Extra Fee*)  ☐ Yes | |
| 2. Article Number<br>(*Transfer from service label*) | 7006 0100 0000 7244 3042 | |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540