## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN POSTAL WORKERS UNION,<br>AFL-CIO<br>1300 L Street, N.W.<br>Washington, D.C. 20005,<br><br>   Plaintiff,<br><br>  v.<br><br>UNITED STATES POSTAL SERVICE,<br>475 L'Enfant Plaza, S.W.<br>Washington, D.C. 20260,<br><br>   Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No.1:06CV00726 (CKK) |

### AFFIDAVIT OF SERVICE

I, Barbara Zibordi, in lieu of an affidavit as permitted by 28 U.S.C. 1746, declare under penalty of perjury that the following is true:

On May 1, 2006, the following party was served with the Summons and Complaint in this matter by certified mail, return receipt requested, as follows:

 United States Postal Service
 475 L'Enfant Plaza, SW
 Washington, DC 20260

True copy of the signed return receipt is attached.

Dated: 5/05/06

              _____
                 Barbara Zibordi

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY | |
|---|---|---|
| ■ Complete items 1, 2, and 3. Also complete Item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X *Linda Ambrose* | ☒ Agent<br>☐ Addressee |
| | B. Received by (Printed Name)<br>LINDA AMBROSE | C. Date of Delivery<br>5-1-06 |
| 1. Article Addressed to:<br><br>United States Postal Service<br>475 L'Enfant Plaza, SW<br>Washington, DC 20260 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☒ No | |
| | 3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered   ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D. | |
| | 4. Restricted Delivery? (Extra Fee)   ☐ Yes | |
| 2. Article Number<br>(Transfer from service label) | 7006 0100 0000 7244 3059 | |
| PS Form 3811, February 2004 | Domestic Return Receipt | 102595-02-M-1540 |