UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                                      )
AMERICAN POSTAL WORKERS                )
UNION, AFL-CIO                                    )
    1300 L Street, NW                         )
    Washington, DC 20005                    )
                                                      )
    Plaintiff,                                       )
                                                      )
        v.                                            )    Civil Action No. 06CV00726(CKK)
                                                      )
UNITED STATES POSTAL SERVICE,      )
    475 L'Enfant Plaza, SW                    )
    Washington, DC  20260,                  )
                                                      )
    Defendant                                     )
_____)


**PLAINTIFF'S MOTION TO PERMIT
JENNIFER L. WOOD TO APPEAR <u>PRO</u> <u>HAC</u> <u>VICE</u>**

COMES NOW Plaintiff American Postal Workers Union, AFL-CIO, by and through its undersigned attorneys, and pursuant to LcvR 83.2(d) moves the Court to permit Jennifer L. Wood to appear <u>pro</u> <u>hac</u> <u>vice</u> in this case on its behalf. In support of this Motion, plaintiff submits an Application of Jennifer L. Wood to appear Pro Hac Vice.

Dated: <u>June,18, 2006</u>        Respectfully submitted,

                                O'DONNELL, SCHWARTZ & ANDERSON, P.C.

                                By:_____/s/_____
                                    Darryl J. Anderson
                                    DC Bar Number 154567
                                    1300 L Street NW Suite 1200
                                    Washington, DC 20005-4178
                                    (202) 898-1707 FAX:(202) 682-9276

## CERTIFICATE OF SERVICE

I certify that I have this day caused the following people to be served by first-class mail postage pre-paid with a copy of the foregoing Plaintiff's Motion to Permit Jennifer L. Wood to Appear Pro Hac Vice accompanied by Application of Jennifer L. Wood to Appear Pro Hac Vice, and a Proposed Order:

>Civil Process Clerk at Office of
>United States Attorney
>District of Columbia
>Civil Division
>555 4th Street, NW
>Washington, DC 20530

Dated: June, 18, 2006                By:_____/s/_____

                                      Darryl J. Anderson