UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN POSTAL WORKERS UNION, AFL-CIO<br>1300 L Street, NW<br>Washington, DC 20005<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES POSTAL SERVICE,<br>475 L'Enfant Plaza, SW<br>Washington, DC 20260,<br><br>Defendant | Civil Action No. 06CV00726(CKK) |

## APPLICATION OF JENNIFER L. WOOD
## TO APPEAR PRO HAC VICE

COMES NOW attorney Jennifer L. Wood and, pursuant to LcvR 83.2(d) respectfully requests to be permitted to appear and participate in this case on behalf of plaintiff in the above captioned case. In support of this request, Jennifer A. Wood states as follow:

1. I am an attorney admitted to practice in Virginia. My office is located at 1300 L Street N.W., Suite 1200, Washington, D.C. 20005. The office telephone number is (202) 898-1707.

2. I am a member in good standing of the bar of Virginia, having been admitted on October 31, 2005.

3. I have not been suspended or disbarred for disciplinary reasons from

practice in any court.

4.  There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

5.  I have not applied for admission *pro hac vice* in this Court within the last two years.

6.  I have an application for membership into the District of Columbia bar pending. It was submitted on February 22, 2006.

7.  I am familiar with:

(i) the provisions of the Judicial Code (Title 28 U.S.C.) which pertain to the jurisdiction of and practice of the United States District Courts;

(ii) the Federal Rules of Civil Procedures;

(iii) the Rules of the United States District Court for the District of Columbia; and

(iv) the Code of Professional Responsibility as adopted by the District of Columbia Court of Appeals except as otherwise provided by specific rule of this Court, and I will faithfully adhere thereto.

WHEREFORE, petitioner Jennifer L. Wood respectfully prays the Court that this application be allowed and that she be permitted to appear and participate in the above captioned case.

Respectfully submitted this 18 day of June, 2006.

O'DONNELL, SCHWARTZ & ANDERSON, P.C.

By: _____
Jennifer L. Wood

VA Bar Number 71668  
1300 L Street NW Suite 1200  
Washington, DC 20005-4178  
(202) 898-1707 FAX:(202) 682-9276