UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN POSTAL WORKERS ) <br> UNION, AFL-CIO ) <br>     1300 L Street, NW ) <br>     Washington, DC 20005 ) <br> ) <br>     Plaintiff, ) <br> ) <br>     v. ) <br> ) <br> UNITED STATES POSTAL SERVICE, ) <br>     475 L'Enfant Plaza, SW ) <br>     Washington, DC  20260, ) <br> ) <br>     Defendant ) | Civil Action No. 06CV00726(CKK) |

**ORDER FOR ADMISSION PRO HAC VICE**

Pending before the Court is the application of Jennifer L. Wood to appear Pro Hac Vice and motion of the plaintiff to permit Jennifer L. Wood to appear Pro Hac Vice before this Court as attorney for plaintiff.  Having reviewed the application and motion, the Court finds that Jennifer L. Wood is qualified to practice before this Court.

Accordingly, the Court **GRANTS** the application and motion of Jennifer L. Wood for admission pro hac vice.

Dated: _____                                    _____

                                                                                                                   Colleen Kollar-Kotelly
                                                                                                                   UNITED STATES DISTRICT JUDGE