UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN POSTAL WORKERS UNION, AFL-CIO<br>1330 L Street, NW<br>Washington, DC 20005<br><br>  Plaintiff,<br><br>  v.<br><br>UNITED STATES POSTAL SERVICE<br>475 L'Enfant Plaza, SW<br>Washington, DC 20260<br><br>  Defendant | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   Civil Action No. 1:06CV00726 (CKK)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## **PRAECIPE**

The Clerk of Court will please enter the appearance of Assistant United States Attorney Andrea McBarnette, as counsel of record for the above named Defendant.

Respectfully submitted,

      /S/
ANDREA McBARNETTE, D.C. Bar  # 483789
Assistant United States Attorney
Judiciary Center Building
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 514-7153

1

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing Praecipe was filed via the Court's electronic filing system on this June 26, 2006 and is expected to be served by the Court's electronic transmission facilities to:

Darryl James Anderson
O'Donnell, Schwartz & Anderson, P.C.
1300 L Street, NW, Suite 1200
Washington DC 200005-4126
202 898 1707 (phone)
202 683 9276 (fax)
danderson@odsalaw.com

                                             /S/
                              ANDREA McBARNETTE, D.C. Bar #483789
                              Assistant United States Attorney