UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
AMERICAN POSTAL WORKERS UNION,    )
AFL-CIO                                                        )
                                                                       )
    Plaintiff,                                            )
                                                                       )
          v.                                             )    Civil Action No. 1:06CV00726 (CKK)
                                                                       )
UNITED STATES POSTAL SERVICE            )
                                                                       )
    Defendant                                           )
_____)

## **ORDER**

    Upon consideration of the parties' Rule 16.3(d) report, it this _____ day of

_____, 2006 hereby ORDERED that:

1)     discovery is to be completed 180 days after the initial scheduling conference; and

2)     dispositive motions are due 30 days after the close of discovery, oppositions are due 30 days after service of any dispositive motion, and replies are due 30 days after service of any opposition.


                                                                 _____
                                                                 UNITED STATES DISTRICT JUDGE

Copies:

ANDREA McBARNETTE
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 514-7153

Counsel for Defendant


DARRYL JAMES ANDERSON
O'Donnell, Schwartz & Anderson, P.C.
1300 L Street, NW, Suite 1200
Washington DC 200005-4126
202 898 1707 (phone)

Counsel for the Plaintiff