UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
AMERICAN POSTAL WORKERS UNION,　)
AFL-CIO　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　)
　　　　　Plaintiff,　　　　　　　　)
　　　　　　　　　　　　　　　　　)
　　　　　v.　　　　　　　　　　　　)　　　Civil Action No. 1:06CV00726 (CKK)
　　　　　　　　　　　　　　　　　)
UNITED STATES POSTAL SERVICE　　)
　　　　　　　　　　　　　　　　　)
　　　　　Defendant　　　　　　　　)
_____)

## STATEMENT OF THE CASE

The United States Postal Service (hereinafter, "the Postal Service" or "Defendant")
submits this brief statement of the case pursuant to the July 5, 2006 Order for Initial Scheduling
Conference.  This is an action by the American Postal Workers Union ("Plaintiff").  The
Plaintiff alleges that the Defendant has violated section 3661 of the Postal Reorganization Act
("Act") 39 U.S.C. 101 et seq. by developing a program to change the mail sorting, processing
and transportation operations on a nationwide basis without timely submitting a proposal
requesting an advisory opinion on the change to the Postal Rate Commission.  Compl. at 2.  The
Defendant denies violating the Act.

Subsection 3661(b) requires that a request for an advisory opinion be filed "within a
reasonable time prior to the effective date of such proposal . . . ."  39 U.S.C. § 3661(b).  As
implemented by the Postal Rate Commission, the subsection requires that such a request "shall
be filed not less than 90 days in advance of the date on which the Postal Service proposes to
make effective the change in the nature of the postal services involved."  39 C.F.R. § 3001.72.
On February 14, 2006, the United States Postal Service filed a request with the Postal Rate

Commission for a non-binding advisory opinion on the question of whether "substantially

nationwide" changes in postal services, expected to result from implementation of the

Evolutionary Network Development (END) mail processing network realignment project,

would conform to the policies of the Act within the meaning of 39 U.S.C. § 3661(b). As a part

of its request, the Postal Service declared its intent to implement changes in postal services as

early as May 15, 2006. On May 22, 2006, the Postal Service initiated the first operational

changes associated with its END program, but has not yet implemented any related changes in

postal services. The complaint challenges whether the Postal Service is authorized to

implement any END-related changes in postal services before October, 2006, or before

receiving the requested non-binding advisory opinion from the Postal Rate Commission. In its

defense, the Postal Service will rely upon the above-referenced statutes, as implemented by title

39, Code of Federal Regulations.

July 31, 2006                                Respectfully submitted,


_____/s/_____
KENNETH L. WAINSTEIN, D.C. BAR # 451058
United States Attorney


_____/s/_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney.


_____/s/_____
ANDREA McBARNETTE, D.C. Bar  # 483789
Assistant United States Attorney
Judiciary Center Building

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that the foregoing **<u>STATEMENT OF THE CASE</u>** was filed via the

Court's electronic filing system on this July 31, 2006 and is expected to be served by the

Court's electronic transmission facilities on:


Sol Z. Rosen, Esq,
2502 Calvert Street NW #212
Washington, D.C. 20008
202 296-8485 (phone)
202 296 9375 (fax)



       /S/
ANDREA McBARNETTE, D.C. Bar  #483789
Assistant United States Attorney
Judiciary Center Building
555 Fourth Street, N.W.,
Washington, D.C. 20530
(202) 514-7153