UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN POSTAL WORKERS UNION, AFL-CIO ) ) ) Plaintiff, ) ) v. ) ) UNITED STATES POSTAL SERVICE ) ) Defendant ) ) | Civil Action No. 1:06CV00726 (CKK) |

## NOTICE OF JOINT DISCOVERY PLAN

Pursuant to the Scheduling and Procedures Order dated August 3, 2006, the parties jointly hereby present the following discovery plan:

- Discovery requests due on or before September 15, 2006;

- Responses to discovery requests due on or before November 1, 2006;

- Depositions to occur in November and December of 2006;

- Expert reports due on December 15, 2006;

- Depositions of experts to occur in January 2007;

- Requests for Admissions due on or before January 15, 2007; and

- Responses to Admissions due on or before January 30, 2007.

Dated: August 14, 2006     Respectfully submitted,

/s/
KENNETH L. WAINSTEIN, D.C. BAR # 451058
United States Attorney

/s/
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney.

/s/
ANDREA McBARNETTE, D.C. Bar # 483789
Assistant United States Attorney
Judiciary Center Building
555 Fourth Street, N.W.
Washington, D.C. 20530
   (202) 514-7153

Counsel for Defendant


DARRYL JAMES ANDERSON, D.C. Bar #154567
O'Donnell, Schwartz & Anderson, P.C.
1300 L Street, NW, Suite 1200
Washington DC 200005-4126
202 898 1707

Attorney for the Plaintiff

## CERTIFICATE OF SERVICE

      I hereby certify that the foregoing NOTICE OF JOINT DISCOVERY PLAN has been filed on August 14, 2006 and is expected to be served by the Court's electronic transmission facilities to:

Darryl James Anderson
O'Donnell, Schwartz & Anderson, P.C.
1300 L Street, NW, Suite 1200
Washington DC 200005-4126
202 898 1707 (phone)

Attorney for the Plaintiff

                                                /S/
                                       ANDREA McBARNETTE
                                       Assistant United States Attorney