UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN POSTAL WORKERS UNION, AFL-CIO<br><br>　　　Plaintiff,<br><br>　　　v.<br><br>UNITED STATES POSTAL SERVICE,<br><br>　　　Defendant | )<br>)<br>)<br>)<br>)<br>)　Civil Action No. 1:06CV00726 (CKK)<br>)<br>)<br>)<br>)<br>)<br>) |

**CONSENT MOTION FOR ENLARGEMENT OF TIME**

　　The American Postal Workers Union, AFL-CIO, with the consent of the Defendant United States Postal Service, hereby respectfully moves the Court to extend the time for taking depositions in this case from December 31, 2006, until after January 10, 2007.

　　This request is necessary and appropriate because the Postal Service mail processing network realignment program in dispute in this case will be the subject of an executive session of the Postal Rate Commission on Thursday, December 14, 2006.  The parties anticipate that the Postal Rate Commission will issue its advice to the Postal Service on this program before the end of the year.  That advice will inform and guide the parties in the depositions that should then be taken some time after January 10, 2007.

Dated: December 13, 2006　　　　　　　　　　Respectfully submitted,

1

        O'DONNELL, SCHWARTZ & ANDERSON, P.C.

By:_____
    Darryl J. Anderson
    DC Bar Number 154567
    1300 L Street NW Suite 1200
    Washington, DC 20005-4178
    (202) 898-1707  FAX: (202) 682-9276