UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN POSTAL WORKERS UNION, AFL-CIO<br><br>  Plaintiff,<br><br>  v.<br><br>UNITED STATES POSTAL SERVICE,<br><br>  Defendant | Civil Action No. 1:06CV00726 (CKK) |

**ORDER**

Upon consideration of the Consent Motion of the American Postal Workers Union, AFL-CIO, it is hereby

ORDERED, that

- Depositions in this case are to occur after January 10, 2007.


Dated: December     , 2006        _____

                                                  United States District Judge

1