UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN POSTAL WORKERS UNION, AFL-CIO | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) Civil Action No. 1:06CV00726 (CKK)<br>) |
| UNITED STATES POSTAL SERVICE | )<br>) |
| Defendant. | )<br>) |

ORDER

UPON CONSIDERATION of Defendant's Motion to Dismiss, the memorandum of points and authorities in support thereof, any opposition thereto, any reply, and the record herein, it is this ____ day of _____, 2007,

ORDERED, that Plaintiffs' complaint be, and hereby is, DISMISSED WITH PREJUDICE.

_____
United States District Court Judge