UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN POSTAL WORKERS UNION, AFL-CIO<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES POSTAL SERVICE<br><br>    Defendant. | Civil Action No. 1:06CV00726 (CKK) |

CONSENT MOTION TO STAY DISCOVERY

On January 18, 2007, Defendant, United States Postal Service ("Postal Service"), filed a motion to dismiss in the above captioned action. In light of the pending motion, Plaintiff has agreed to stay discovery until a decision on the motion is made by the Court.

As a general matter, the Court has broad discretion to deny or limit discovery in order to protect a party from undue burden or expense, and to promote a case's efficient resolution. See Fed. R. Civ. P. 26(c); see also White v. Fraternal Order of Police, 909 F.2d 512, 516 (D.C. Cir. 1990) (decision whether to stay discovery is committed to the sound discretion of the district court and may be reversed only for abuse of discretion). It is particularly appropriate for a Court to stay discovery where, as here, there is a dispositive motion pending: "[W]hen, as here, the determination of a preliminary question may dispose of the entire suit, applications for discovery may properly be deferred until the determination of such questions." O'Brien v. Arco Corp., 309 F. Supp. 703, 705 (S.D.N.Y. 1969); See, e.g., United States Catholic Conference v. Abortion Rights Mobilization, Inc., 487 U.S. 72, 79-80 (1988) ("It is a recognized and appropriate procedure for a court to limit discovery proceeding at the outset to a determination of

jurisdictional matters . . . ." ).

Here, if Defendant's dispositive motion is successful, any further discovery taken by either party will have been a needless expenditure of resources. Therefore, the Defendant requests that the Court stay discovery until a decision on the motion to dismiss is made.

January 18, 2007                     Respectfully submitted,


_____/s/_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

_____/s/_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney.

_____/s/_____
ANDREA McBARNETTE, D.C. Bar  # 483789
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 514-7153

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Consent Motion To Stay Discovery and its accompanying proposed order was filed via the Court's electronic filing system on this January 18, 2007 and is expected to be served by the Court's electronic transmission facilities to:

Darryl James Anderson
O'Donnell, Schwartz & Anderson, P.C.
1300 L Street, NW, Suite 1200
Washington DC 200005-4126
202 898 1707 (phone)
202 683 9276 (fax)
danderson@odsalaw.com

          /s/
ANDREA McBARNETTE, D.C. Bar #483789
Assistant United States Attorney
Judiciary Center Building
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 514-7153