UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| AMERICAN POSTAL WORKERS UNION, AFL-CIO | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 1:06CV00726 (CKK) |
| UNITED STATES POSTAL SERVICE | ) ) ) | |
| Defendant. | ) ) | |

ORDER

UPON CONSIDERATION of Defendants' Motion for a Protective Order Staying Discovery, any opposition thereto, any reply, and the record herein, it is this ____day of _____, 2007,

ORDERED, that any and all discovery in this matter is stayed pending the Court's decision upon Defendants' Motion to Dismiss.

_____
United States District Court Judge