Postal Rate Commission
Submitted 2/14/2006 2:35 pm
Filing ID: 47835
Accepted 2/14/2006
USPS-T-1

BEFORE THE
POSTAL RATE COMMISSION
WASHINGTON, D.C. 20268-0001

EVOLUTIONARY NETWORK DEVELOPMENT
SERVICE CHANGES, 2006

Docket No. N2006-1

DIRECT TESTIMONY OF PRANAB M. SHAH
ON BEHALF OF
UNITED STATES POSTAL SERVICE

EXHIBIT

1

1

2          3.    Post-Implementation Review

3          To ensure that the projected operational and/or transportation changes

4    are in place, and the projected efficiencies and/or service improvements outlined

5    in the AMP proposal are being accomplished, post-implementation reviews must

6    be completed within 30 days after the second full quarter following

7    implementation and after the first full year following implementation.  This post-

8    implementation review (PIR) is conducted by the Area Office whose oversight

9    responsibilities include the affected facilities.   The analysis is reviewed for

10   accuracy by the Vice President, Area Operations, and then submitted to the

11   Senior VP Operations, Headquarters.  The PIR analysis is circulated among the

12   Headquarters functional units that participated in the approval process, including

13   various units responsible for such matters as implementing and managing

14   service standard changes, the achievement of cost savings projected in the

15   approved AMP packages, and mail processing and transportation network

16   management.

17         In summary, the standard AMP process utilizes a bottom-up approach to

18   evaluate and assess the impact of individual plant consolidations on network

19   consolidations, based on the evaluation of mail processing operations for specific

20   facilities within a District.  The AMP process begins at the local level.  Once a

21   preliminary determination is made that there may be an AMP opportunity,

22   management at the facilities involved in the potential consolidation prepares a

23   study to analyze the feasibility of relocating mail processing operations from one

# OFFICIAL TRANSCRIPT OF PROCEEDINGS
# BEFORE THE
# POSTAL RATE COMMISSION

In the Matter of:                )
                                 )  Docket No.  N2006-1
NETWORK REALIGNMENT (END)        )

VOLUME #2

Date:      July 18, 2006

Place:     Washington, D.C.

Pages:     25 through 553

## HERITAGE REPORTING CORPORATION
*Official Reporters*
1220 L Street, N.W., Suite 600
Washington, D.C. 20005
(202) 628-4888



EXHIBIT

2 through 6

1    to be coy with you.  You're aware probably that the

2    American Postal Workers Union expected to see the

3    network integration alignment plan in December of

4    2002, but we never got it and never got anything that

5    could be called that until perhaps this proceeding

6    began, so we're still in doubt.

7         Can you please explain where we were in 2002

8    and why there was no network integration alignment

9    product at that time?

10        A    Sure.  As has also been mentioned, the

11   transformation plan that was submitted -- I'm trying

12   to remember; I think it was in 2001 -- which had a

13   projected timeline that the END modeling output would

14   be completed by sometime in 2002.

15        There have been a number of things that have

16   led to why the END modeling output was not accepted as

17   I would say an organization-wide plan at least from a

18   long-term planning standpoint because in 2002 and 2003

19   when we first -- I'm sorry.

20        In 2002 when we first ran the models it was

21   under a certain set of assumptions, and some of the

22   modeling requirement documents, the reports that we

23   submitted, the different versions, alluded to the fact

24   that the original assumption when we designed these

25   models in 2002 was that the model would produce a

EXHIBIT

2

**OCA/USPS-T1-5**

The USPS Transformation Plan Progress Report, November 2004 at page 9, states:

Efforts to create a flexible logistics network to reduce costs, increase overall operational effectiveness, and improve consistency of service, formerly called Network Integration and Alignment, continues as an evolutionary process. This effort, now more accurately called Evolutionary Network Development, currently focuses on a proposed bulk mail center (BMC) retrofit transition effort.

a.  Does the Network Integration and Alignment (NIA) process continue to function?  If so, please explain how it differs from the END strategy. Please confirm that the description of the NIA presented above shares the same objectives and policies you describe about the END strategy at page 1 of your testimony. If you do not confirm, then please explain fully any differences between END and NIA.

b.  If END is essentially a new incarnation of NIA, then what significance is there in describing the overall effort as an "Evolutionary Network Development" strategy as opposed to a "Network Integration and Alignment?"

c.  If NIA still exists, what activities are currently being performed under NIA?

**RESPONSE:**

a-c.  The NIA process has been re-named to END (Evolutionary Network

Development), as the new name reflects the evolutionary network

development process the Postal Service has adopted.  Both processes

use the same methods, data, and models for designing the Postal

Services' future network strategies.  Additionally the core objectives of

both NIA and END remain the same.

EXHIBIT

3

**OCA/USPS-T1-14**

Please turn to your testimony on page 8, lines 1 through 5. Please describe in detail the nature of the interactive process involving Headquarters and affected Area Offices.

**RESPONSE:**

The interaction between HQ and Area Offices as regards to the END process is iterative in nature. The first step involves the END models producing an optimal national network solution without being subject to site-specific local operational constraints. These model-generated outputs are then reviewed with Area Office and District/local subject matter experts. Their feedback on site-specific operational, logistical and customer issues is used to run site specific simulations. These simulations test the feasibility of the proposed network solution and are used in gaining consensus both at Area and Headquarter Offices.

EXHIBIT

4

Bloomberg No. 6119

**RESPONSE OF UNITED STATES POSTAL SERVICE WITNESS WILLIAMS
TO INTERROGATORIES OF THE AMERICAN POSTAL WORKERS UNION
Revised: July 10, 2006**

| | | |
|---|---|---|
| 15 | Lufkin, TX PO | East Texas, TX P&DC |
| 16 | Marysville, CA P&DF | Sacramento, CA P&DC |
| 17 | Mojave, CA PO | Santa Clarita, CA P&DC |
| 18 | Pasadena, CA P&DC | Los Angeles, CA P&DC |
| 19 | Russellville, AR PO | Little Rock, AR P&DC |
| 20 | Salinas, CA P&DF | San Jose, CA P&DC |
| 21 | Waterbury, CT P&DF | Southern Connecticut, CT P&DC |
| 22 | Wheeling, WV PO | Pittsburgh, PA P&DC |
| | | Lehigh Valley, PA P&DC and Scranton, PA |
| 23 | Wilkes Barre, PA P&DF | P&DF |
| 24 | Zanesville, OH PO | Columbus, OH P&DC |

(b)     There were six AMPs approved in 2004: Oil City, PA; Bradford, PA;

Du Bois, PA; Steubenville, OH; Bronx, NY; West Jersey, NJ;

and Marina, CA.

(c)     Seven of the 10 AMP studies approved in October 2005 were

included in the group of suspended AMP studies.

(d)     After consultation with local management, area management

proposed to headquarters AMP studies which met current and future

network requirements to proceed with.

(e)     No.

(f)     2002 –      None.

2003  1 -     Pendleton, CA PO into Pasco, WA P&DF.

2004  6 –     See the response to subpart (b).

2005  11 -    See USPS LRs N2006-1/5 and N2006-1/6.

2006  46 -    See the 41 listed in the Attachment to USPS T-2.  The other

EXHIBIT

5

1    that we would only move forward with 10 that had no

2    service standard downgrades.

3        Q    Can you describe for us, for the Commission,

4    what END inputs are taken into account during the AMP

5    process?  If you may -- if you wish, look at APW-USP-

6    T2-12.

7        A    Okay.

8        Q    In part, your answer says that the END model

9    produces inputs that can be taken into account during

10   the AMP process.  Can you describe what the inputs

11   are?

12       A    That input was -- it's an opportunity list.

13   As we've centrally directed the approach, we've taken

14   the END output, based on three digit zip assignments

15   and where those zip assignments are assigned to a

16   local processing center or a destinating processing

17   center.  We use that output of the END model and

18   compare that with the current network.  And we

19   identified through exceptions which current facilities

20   that are processing either originating and/or

21   destinating volumes that are not planned for the

22   future and we've come up with our candidate list.  And

23   that's the input used in the AMP process.

24       Q    And then, likewise, when the AMP process is

25   concluded with a report to headquarters, that report

Blumberg No. 5119

EXHIBIT

6