Postal Rate Commission
Submitted 2/14/2006 2:35 pm
Filing ID: 47836
Accepted 2/14/2006

USPS-T-2

# BEFORE THE
# POSTAL RATE COMMISSION
# WASHINGTON, D.C. 20268-0001

| | |
|---|---|
| EVOLUTIONARY NETWORK DEVELOPMENT SERVICE CHANGES, 2006 | Docket No. N2006-1 |

# DIRECT TESTIMONY OF
# DAVID E. WILLIAMS
# ON BEHALF OF
# UNITED STATES POSTAL SERVICE

EXHIBIT 7

1   Purpose of Testimony
2
3   The purpose of my testimony is to describe the Postal Service's process for
4   identifying potential facility and network realignment opportunities using its
5   Evolutionary Network Development (END) model and to review these
6   potential opportunities based on the guidelines of the USPS Area Mail
7   Processing (AMP) Handbook PO-408. I will describe how the review process
8   in the Handbook PO-408 traditionally has been utilized. I then will explain
9   how the Postal Service plans to use this process as a basis for studying and
10  implementing realignment opportunities identified by the END initiative and
11  any resulting service standard changes on a phased basis over the next
12  several years.

Postal Rate Commission
Submitted 2/14/2006 2:35 pm
Filing ID: 47835
Accepted 2/14/2006

USPS-T-1

BEFORE THE
POSTAL RATE COMMISSION
WASHINGTON, D.C. 20268-0001

EVOLUTIONARY NETWORK DEVELOPMENT
SERVICE CHANGES, 2006

Docket No. N2006-1

DIRECT TESTIMONY OF PRANAB M. SHAH
ON BEHALF OF
UNITED STATES POSTAL SERVICE

EXHIBIT 8  Blumberg No. 5119

1    efficient network designed to handle multiple products, with a trend toward more
2    shape-based mail processing streams.
3    　　　The initial objective of the Postal Service's END strategy is to build a
4    "backbone" network infrastructure of Regional Distribution Centers (RDCs). This
5    will enable the Postal Service to maintain stability in its network as it embarks on
6    further implementation of its network strategy. Regional Distribution Centers
7    (RDCs) will be created, for the most part, from existing facilities and will act as
8    concentration points for subordinate Local Processing Centers (LPCs).
9    　　　In addition to other responsibilities, RDCs will consolidate parcel and
10   bundle distribution to take advantage of shape-based efficiencies. Currently,
11   packages are often processed on separate networks based on their class (i.e.,
12   Standard Mail in one location and Priority Mail in another). In the future, RDCs
13   will serve as mailer entry points and consolidation centers to enable shared
14   product transportation. Shape-based processing has already produced
15   substantial efficiency gains for letters. The transition to RDCs will extend shape-
16   based efficiencies to other types of mail. In the future network, LPCs will function
17   much like today's Sectional Center Facilities.
18   　　　Flexibility needs to extend beyond our mail processing infrastructure; the
19   postal transportation network must also be flexible enough to provide low cost,
20   reliable service in a fluctuating market. The Postal Service plans to expand its
21   surface reach through the creation of Surface Transfer Centers (STCs), which
22   will provide consolidation opportunities to maximize vehicle capacity and

Postal Rate Commission
Submitted 5/8/2006 4:20 pm
Filing ID: 48821
Accepted 5/8/2006

BEFORE THE
POSTAL RATE COMMISSION
WASHINGTON, D.C. 20268-0001

| EVOLUTIONARY NETWORK DEVELOPMENT SERVICE CHANGES, 2006 | Docket No. N2006-1 |
|---|---|

COMPELLED RESPONSES OF
UNITED STATES POSTAL SERVICE WITNESS WILLIAMS
TO APWU INTERROGATORIES APWU/USPS-T2-1(a,f-h) and 3(b)
(May 8, 2006) [ERRATA]

In accordance with Presiding Officer's Ruling No. N2006-1/7 (May 5, 2006), the United States Postal Service hereby submits the responses of witness Williams to the interrogatories of the American Postal Workers Union: APWU/USPS-T2-1(a, f-h) and 3(b). Responses to other subparts of APWU/USPS-T2-1 and 3 were filed earlier. For administrative ease, all subparts of the interrogatories and the previously filed partial responses are incorporated herein, to provide one completely integrated response to all subparts of each interrogatory. Each interrogatory is stated verbatim and is followed by the response.

Respectfully submitted,

UNITED STATES POSTAL SERVICE

By its attorneys:

Daniel J. Foucheaux
Chief Counsel, Ratemaking

_____
Michael T. Tidwell

475 L'Enfant Plaza West, S.W.
Washington, D.C. 20260-1137
(202) 268-2998; Fax -5402
michael.t.tidwell@usps.gov

EXHIBIT 9

**RESPONSE OF UNITED STATES POSTAL SERVICE WITNESS WILLIAMS
TO INTERROGATORIES OF THE AMERICAN POSTAL WORKERS UNION**
Revised: May 8, 2006

**APWU/USPS-T2-1**

On page 8 of your testimony, you state "there were about two dozen local AMP studies in progress" while the END model was being developed and that AMP review activity was generally suspended.

a) Please provide a complete list of these approximately "two dozen" AMP studies that were underway. Please provide the date of initiation and the person requesting each AMP. Were any of these projects initiated because of the Postal Service's ongoing network redesign efforts? Were any of these projects initiated based on the END models?

b) Were there any AMP studies not put on hold during END model development? If so, which ones went ahead?

c) Were the ten projects that were used to test the "internal administrative processes that might be useful in a 'full-up' implementation of END" selected from this group of approximately "two dozen" AMP studies that had been undertaken?

d) Please provide the criteria for the selection of the 10 AMP studies presented in your submission to the Commission in N 2006-1, and identify the person or persons who made the selection.

e) For any of the AMP studies on the list in (a), but not among the ten listed in Library Reference N2006-1/5, did the Postal Service choose not to move forward to completion because of results from END simulations? If so, explain; if not, state the reasons for not permitting the other studies to move forward.

f) List all AMP studies begun since December 31, 2001.

g) For all AMP studies completed since December 31, 2001, that are not among the 10 studies included in your submission to the Commission in N 2006-1,
  - present a report in which the locations and other identifying information are redacted to protect the Postal Service's "competitive interests."
  - With all identifying information redacted, the report will identify locations only by assigned letters (A, B, C, etc.).

**RESPONSE OF UNITED STATES POSTAL SERVICE WITNESS WILLIAMS
TO INTERROGATORIES OF THE AMERICAN POSTAL WORKERS UNION**
Revised: May 8, 2006

**APWU/USPS-T2-1 (continued)**

- Within each AMP study, ZIP codes must be replaced using a single number for each ZIP code (thus, an AMP report with 24 ZIP codes would have ZIP codes numbered 1, 2, 3 etc. through 24).

h) For every report produced in response to interrogatory g above, include all the data redacted from the 10 AMP reports included in your submission to the Commission in N 2006-1, including without limitation
- each facility's total mail volume,
- each facility's total mail volume disaggregated on mail-class specific and service-specific bases
- on Worksheet 4 facility-specific data reflecting estimated operation-specific originating and/or destinating mail volumes and processing costs, made specific for one class or service where appropriate
- on Worksheet 7 mail class-specific origin-destination volume data reflecting the volume per mail class that originates or destinates at a single facility, or travels from one specific 3-digit ZIP Code area to another specific 3-digit ZIP Code area.

**RESPONSE**

(a)   That list is as follows:

|    | Proposed AMP Site | AMPC |
|----|-------------------|------|
| 1  | Ashland, KY P&DF | Huntington, WV P&DC |
| 2  | Batesville, AR PO | Jonesboro, AR PO |
| 3  | Beaumont, TX P&DF | Houston, TX P&DC |
| 4  | Beckley, WV PO | Charlestown, WV P&DC |
| 5  | Bluefield, WV PO | Charlestown, WV P&DC |
| 6  | Bridgeport, CT P&DF | Stamford, CT P&DC |
| 7  | Bristol, VA PO | Roanoke, VA P&DC |
| 8  | Canton, OH P&DC | Akron, OH P&DC |
| 9  | Chillicothe, OH PO | Columbus, OH P&DC |
| 10 | Fort Smith, AR PO | Fayetteville, AR P&DF |
| 11 | Greensburg, PA PO | Pittsburgh, PA P&DC |
| 12 | Greenville, TX PO | North Texas, TX P&DC |
| 13 | Harrison, AR PO | Fayetteville, AR P&DF |
| 14 | Kinston, NC P&DC | Fayetteville, NC P&DC |

**RESPONSE OF UNITED STATES POSTAL SERVICE WITNESS WILLIAMS
TO INTERROGATORIES OF THE AMERICAN POSTAL WORKERS UNION**
Revised: May 8, 2006

| | | |
|---|---|---|
| 15 | Lufkin, TX PO | East Texas, TX P&DC |
| 16 | Marysville, CA P&DF | Sacramento, CA P&DC |
| 17 | Mojave, CA PO | Santa Clarita, CA P&DC |
| 18 | Pasadena, CA P&DC | Los Angeles, CA P&DC |
| 19 | Russellville, AR PO | Little Rock, AR P&DC |
| 20 | Salinas, CA P&DF | San Jose, CA P&DC |
| 21 | Waterbury, CT P&DF | Southern Connecticut, CT P&DC |
| 22 | Wheeling, WV PO | Pittsburgh, PA P&DC |
| 23 | Wilkes Barre, PA P&DF | Lehigh Valley, PA P&DC and Scranton, PA P&DF |
| 24 | Zanesville, OH PO | Columbus, OH P&DC |

(b)  There were six AMPs approved in 2004: Oil City, PA; Bradford, PA; Du Bois, PA; Steubenville, OH; Bronx, NY; West Jersey, NJ; and Marina, CA.

(c)  Seven of the 10 AMP studies approved in October 2005 were included in the group of suspended AMP studies.

(d)  After consultation with local management, area management proposed to headquarters AMP studies which met current and future network requirements to proceed with.

(e)  No.

(f)  2002: 0

   2003:  1 -- Pendleton, OR PO into Pasco, WA P&DF.

   2004:  6 -- See the response to subpart (b).

   2005: 11 -- See USPS LRs N2006-1/5 and N2006-1/6.

   2006: 46 -- See the 41 listed in the Attachment to USPS T-2.  The other

**RESPONSE OF UNITED STATES POSTAL SERVICE WITNESS WILLIAMS
TO INTERROGATORIES OF THE AMERICAN POSTAL WORKERS UNION**
                                                    Revised: May 8, 2006

**RESPONSE to APWU/USPS-T2-1 (continued):**

five are as follows: (1) Alamogordo, NM PO into El Paso, TX P&DC; (2) Las Cruces, NM PO into El Paso, TX P&DC; (3) Rockford, IL P&DC into Palatine, IL P&DC; (4) Flint, MI P&DC into NE Metro MI P&DC; (5) Detroit, MI P&DC into NE Metro MI P&DC.

(g-h) Of the seven 2003-2004 AMP studies referenced in response to subpart (f), the Postal Service has only been able to locate records pertaining to the final six. Redacted copies of those documents will be filed as USPS Library Reference N2006-1/11. Unredacted copies will be filed as USPS Library Reference N2006-1/12, subject to protective conditions resulting from Presiding Officer's Ruling No. N2006-1/7.

**RESPONSE OF UNITED STATES POSTAL SERVICE WITNESS WILLIAMS
TO INTERROGATORIES OF THE AMERICAN POSTAL WORKERS UNION**
Revised: May 8, 2006

**APWU/USPS-T2-3**

On page 9 of your testimony you state "These ten AMP decisions currently are in the various stages of implementation and all are expected to be completed by June 2006."

a) Please identify each of the stages of implementation for an AMP decision as referenced in the passage quoted above and state how long each stage is expected to take in a typical case.

b) Please provide a timeline for each of the 10 projects or decisions included in your submission in N 2006-1, showing the amount of time taken for each stage or phase of the project or decision; state at which stage of implementation each project is at this time; and state when, between now and June 30 2006 each project is expected to be fully implemented.

**RESPONSE**

(a) The main components of an AMP implementation include relocations of personnel, mail volume, and mail processing equipment, and implementation of any changes in the application of service standards to 3-digit ZIP Code pairs. Implementation of all elements can take up to six months to complete.

(b) Eight of the ten AMPs have been fully implemented. In connection with the Olympia AMP, work continues on moving mail, personnel and equipment in accordance with the implementation plan. There has been a delay in Kinston associated with the transfer of administrative oversight of the affected services areas from the Eastern Area to the Capital Metro Area. Both are expected to be fully implemented by the end of June 2006.



**Association for Postal Commerce**

1901 N. Fort Myer Dr., Ste 401 * Arlington, VA 22209-1609 * USA * Ph.: +1 703 524 0096 * Fax: +1 703 524 1871

## NO, THE "END" IS NOT NEAR....IT'S STILL UNDER DEVELOPMENT

*Some news and comment from PostCom President Gene Del Polito.*

One of the main topics of discussion at the most recent meeting of the PostCom Board of Directors concerned the Postal Service's plans for network redesign (formerly called "Network Integration and Alignment" and now known as "Evolutionary Network Design") and the future of its flat mail processing program. The nature of these discussions had less to do with whether or not the Postal Service was on the right track, and more to do with the need for answers to questions that mailers felt were important to ask.

As the saying goes, "nature abhors a vacuum." Create a vacuum, and *something* will rush in to fill it. When the vacuum is a lack of clear communication, assumption and suspicion move in to fill the void. Without clear communication from the USPS, mailers can do nothing more than read tea leaves to divine their postal future. It's an ugly process, and it doesn't work well.

So, PostCom sought to do something completely different. It met with top USPS officials to lay before them some of the concerns that have been expressed by many within the mailing industry. PostCom Board chairman Jim O'Brien, PostCom postal policy committee chairman Joe Schick, and I met with the Pat Donahoe (the Deputy Postmaster General) and Bill Galligan (the Postal Service's senior operations v.p.). It was worth the effort.

For instance, Donahoe and Galligan quite readily acknowledged that the plans and design for END really are undergoing re-evaluation. Donahoe noted that the initial END plans were designed with the assumption that the Postal Service's now-aborted delivery point packaging (DPP) program would be the way flat size mail would be handled in the future. Since this initial planning, the Postal Service has abandoned DPP as operationally infeasible and has refocused its flat mail processing strategy around flat sequence sorting (FSS).

FSS will require an entirely different facility design plan than DPP would have required. As a result, the whole question as to whether mail processing facilities should be modeled around the regional processing center (RPC) concept needs to be re-looked at. Flat sequencing machines will have an entirely different facility footprint than DPP would have required. Besides facility design, the whole matter of equipment purchasing needed to be reconsidered and factored into any new network plan.

Both Donahoe and Galligan tried to emphasize in the clearest of ways that the word

Blumberg No. 5119    EXHIBIT    10

"evolutionary" in evolutionary network design was truly meant to be just that, i.e., a progressive redesign along the lines of whatever changes to the postal environment might require. The Postal Service's network plans, they said, were far from being set in concrete, and they both emphasized that nothing would be done without sufficient customer input.

Donahoe was particularly candid in his acknowledging that the Postal Service "learned a great deal" about how not to implement network reform during its deployment of APPS. That, he said, was done without sufficient input from the very people that could have told the Postal Service the challenges it was likely to face with its APPS deployment plans.

We discussed at great length the communication challenges the Postal Service faces with its customers. Mailers need the sense of security and certainty that will enable them to effectively plan how they will use mail in the future. Uncertainty, if anything, may hasten their planning to shift a substantial part of their marketing and advertising efforts to alternative pathways.

Donahoe and Galligan understood this quite clearly. Indeed, both suggested that perhaps it was time for us to jointly plan another Flats Summit to facilitate the kind of dialogue that would be necessary to make network evolution mutually beneficial. We agreed to explore this matter more fully in the weeks ahead, and PostCom Chairman Jim O'Brien has made the reconvening of another Flats Summit a priority for the PostCom Education Committee. O'Brien acknowledged that in the absence of the kind of changes that would have accompanied postal reform, attending to ways that could make the present scheme of things work to bring about greater cost-efficiency and service quality improvement would benefit everyone.

So, as should be apparent, time sometimes can be better spent by seeking information to fill a communication vacuum, rather than going off in a corner of one's own in an effort to intuit the truth.