# OFFICIAL TRANSCRIPT OF PROCEEDINGS
# BEFORE THE
# POSTAL RATE COMMISSION

In the Matter of:                )
                                 )   Docket No.  N2006-1
NETWORK REALIGNMENT (END)        )

VOLUME #2

Date:    July 18, 2006

Place:   Washington, D.C.

Pages:   25 through 553

## HERITAGE REPORTING CORPORATION
*Official Reporters*
1220 L Street, N.W., Suite 600
Washington, D.C.  20005
(202) 628-4888

EXHIBIT
11
Blumberg No. 5119

1              VICE CHAIRMAN TISDALE:  Is there any

2     additional written cross-examination for Witness Shah?

3              (No response.)

4              VICE CHAIRMAN TISDALE:  This brings us to

5     oral cross-examination.  Two participants have

6     requested oral cross-examination, American Postal

7     Workers Union, Mr. Anderson.

8              MR. ANDERSON:  Good morning.

9              VICE CHAIRMAN TISDALE:  And the Office of

10    the Consumer Advocate, Mr. Richardson.

11             MR. RICHARDSON:  Good morning.

12             VICE CHAIRMAN TISDALE:  Is there any other

13    participant that wants to cross-examine Witness Shah?

14             (No response.)

15             VICE CHAIRMAN TISDALE:  Mr. Anderson, will

16    you begin?

17             MR. ANDERSON:  Yes.  Thank you.

18                     CROSS-EXAMINATION

19             BY MR. ANDERSON:

20        Q    I am Darryl Anderson representing the

21    American Postal Workers Union.  Good morning, Mr.

22    Shah.

23        A    Good morning.

24        Q    Mr. Shah, did you sponsor -- I don't know if

25    that's the right term in this kind of proceeding --

157

1    Library Reference N2006-1/17?  This is the END

2    optimization modeling report.

3        A    No.

4            MR. ANDERSON:  I'd like to ask Mr. Shah

5    questions about that, and I have copies to distribute

6    if I may.

7            With me representing the American Postal

8    Workers Union is my colleague, Jennifer Wood.  Ms.

9    Wood will distribute these.

10           VICE CHAIRMAN TISDALE:  Okay.

11           BY MR. ANDERSON:

12       Q    Mr. Shah, may I ask you to turn to page 3?

13   Do you have the document, sir?

14       A    Yes, I do.

15       Q    Have you read this document?

16       A    Yes, I have.

17       Q    Was it produced under your supervision by

18   any chance?

19       A    Yes, it was.

20       Q    Okay.  On page 3 I'd like you just to look

21   at that diagram, and anyone else who has a copy please

22   do so as well.

23           How many types of RDCs are there?  I see

24   three different nomenclature for RDCs on that diagram.

25   Can you explain why there are three there and what the

Heritage Reporting Corporation
(202) 628-4888

158

1    differences are, please?

2        A    The differences to the types of different

3    RDCs mentioned is based on the role a facility would

4    play in the future.  These are not necessarily names.

5    They are three separate physical facilities or

6    locations in the network.

7            There is an originating role that a facility

8    would play, the role of consolidation of operations

9    from a network standpoint, and then there's a

10    destinating role that a facility would play.

11        Q    So would every RDC be both originating and

12    destinating?

13        A    The way the distribution concept has been

14    defined and modeled, yes.

15        Q    Do all the RDCs or will all the RDCs have

16    LDCs associated with them?

17        A    L&DC, if that is what you are referring

18    to --

19        Q    Yes, the local processing center.

20        A    No.  That's an LPC.  I'm sorry.

21        Q    Okay.  I'm sorry.  My mistake.

22        A    Yes.  If your question was will every RDC

23    have a local processing center associated with it, the

24    answer is from the distribution concept and what we

25    have modeled in the network it is not given that every

159

1    RDC will have an LPC.  It may or may not have.

2            It is a function of a site specific

3    environment.  In some cases we do have facilities

4    where an LPC and an RDC role may be co-located in the

5    same physical campus of infrastructure.  In others it

6    may be a standalone LPC and a standalone regional

7    distribution center.

8        Q    May I ask you to refer to page 4, please,

9    just to refresh your recollection?  I want to look

10   toward the bottom of that page, the last paragraph on

11   page 4, the first sentence.  It states, "The model

12   will cover both current P&DC operation and anticipated

13   roles by consolidators and dispersers."

14           What I'm curious about is what you mean by

15   consolidators and dispersers.  Could you explain one

16   at a time what those terms are?

17       A    Sure.  Consolidators and dispersers in the

18   context of the regional distribution concept are roles

19   that a facility would play in the network.

20           The regional distribution centers, for

21   example, one of the roles they would play is that of a

22   consolidator and a disperser of mail volume.

23       Q    I understand.  Thank you.  You referred not

24   only here, but other places, to the RDCs as the

25   essential backbone of the new mail processing system.

160

1    Is that a fair summary of how you view the RDCs?

2        A    That is correct.  From the definitions

3    provided of the regional distribution concept, in that

4    context that statement is correct.

5        Q    I'm not sure what you mean by in that

6    context.

7        A    Exactly that.  When we talk of the RDC

8    network, following through the regional distribution

9    centers are the backbone of that specific distribution

10   concept.

11       Q    I'm having trouble grasping how something

12   can be the backbone of a concept.  I'm not trying to

13   spar with you, Mr. Shah.  I just really don't

14   understand the terminology.

15       A    Again, the regional distribution center is a

16   theoretical future network concept.  It does not exist

17   today, so that's why I'm saying in the context of that

18   concept it is an accurate statement.

19       Q    When it does exist it will be the backbone

20   is what you're saying?

21       A    I'm saying that the way we have defined the

22   concept today on paper and through models that is an

23   accurate statement.

24       Q    I'm assuming that you expect this concept to

25   be realized.  Isn't that correct?  When I say you I

161

1    mean the Postal Service institutionally.  Are they

2    committed to effectuating this concept?

3        A    As far as I know.  The Postal Service has

4    invested time and resources in exploring this concept

5    and developing models and does plan to use some

6    elements of this concept and plan to design its future

7    network.

8            Beyond that, it would be speculative on my

9    part to comment on what the future holds.

10       Q    Mr. Vogle in a different context has

11   indicated that the number of processing facilities,

12   whether they be local or originating or destinating,

13   will be reduced in the final count.

14           Has the modeling process indicated some

15   ideal number of processing facilities for the future?

16       A    What Mr. Vogle has referred to in his

17   presentation is that there is an opportunity to

18   consolidate operations from the current inventory of

19   facilities or main processing units to a fewer number

20   based on the distribution concept and the modeling

21   output.

22           Different numbers have been mentioned at

23   different times.  Yes, based on the modeling output

24   there is a theoretical potential for the Postal

25   Service to consolidate operations from the

1    infrastructure it has today to a fewer number of sites

2    tomorrow.

3        Q    Can you give us some numbers? I understand

4    that these are concepts and they haven't been realized

5    and that there may be some barriers to realization,

6    but modeling.

7        A    Yes.

8        Q    From your modeling, can you give us an order

9    of magnitude using numbers if possible?

10        A    Sure.  Based on the end iterations of the

11    END model we have seen that there is roughly a range

12    of about 65 to 70, 75 regional distribution centers

13    that would form, as previously mentioned, the backbone

14    of the RDC distribution network.

15            The number or the range of local processing

16    centers and destinating processing centers would be

17    roughly in the range of 250 to 300 facilities in the

18    future.

19            None of these roles have been finalized.

20    You know, the future mail volumes and mail trends have

21    a direct impact on the number of these local

22    processing or destinating processing centers.

23        Q    And how many are there now that would be

24    within the definition of local processing originating

25    or destinating centers?

1      A    Well, today we do not have any facility that

2    its role is very specialized or focused or can be

3    categorized just as local processing or destinating

4    processing for a specific shape or class of mail.

5    It's more of a general purpose mail facilities and the

6    inventory.

7          I believe it was part of some of the

8    discussions we've had earlier, but there are roughly

9    290 odd what we call processing and distribution

10   centers.  They are classified as processing and

11   distribution centers.  Today we have 21 bulk mail

12   centers.  We have roughly 11 logistics and

13   distribution centers.

14         We have a number -- I don't have the exact

15   number in front of me right now, but in the

16   neighborhood of 80 to 100 supporting the annexes.  We

17   have air mail centers.  We have international service

18   centers.  This is the inventory of the current

19   network.

20     Q    All right.  Do you know, again recognizing

21   this is modeling, of the processing facilities that

22   would eventually if the model were effectuated, how

23   many would be local processing and how many would be

24   destinating?

25     A    That number has not been finalized.  From a

164

1    modeling standpoint, as I mentioned, the roles are

2    selected based on the operations that are assigned to

3    any of these facilities.

4         You know, the range, as I mentioned, is

5    somewhere in the neighborhood of 250 to 300 of these

6    local processing/destinating processing centers.

7    Q    As I understand it, your model doesn't

8    select facilities for closing, but it does reallocate

9    mail processing functions so that if there's a

10   facility that the model does not assign any mail to

11   that would obviously be a facility that would be

12   closed.  Do I understand that correctly?

13   A    That is not correct.  The model, as you

14   stated in the first part of your statement, does

15   assign workload from one facility to the other,

16   thereby freeing up capacity and space in the losing

17   facility.

18        However, what the Postal Service decides to

19   do with that real estate and physical infrastructure

20   is yet to be finalized.  In many cases we may want to

21   relocate or consolidate other functional operations

22   into that building, carrier annexes or some other

23   operations in there, so there is no direct correlation

24   between a modeling output and assuming what the final

25   decision on the physical property is going to be.

165

1      Q    At some point when the allocations are all

2    done one would hope there would be some surplus

3    facilities.  I mean, that's part of the goal here,

4    isn't it?

5      A    The goal is to optimize the main processing

6    and the connectivity of transportation through the

7    mail processing infrastructure and create a least cost

8    mail processing network for the Postal Service, create

9    one that has the elements of standardization built

10   into it, one that gives us operational flexibility and

11   helps us improve the consistency of our service.  That

12   is the goal of the END models and the process.

13     Q    I know there have been some general

14   descriptions of what RDCs will look like in terms of

15   size and truck base and location, relationship to

16   transportation.

17         Are there similar descriptions of the

18   features of other facilities in the network as part of

19   your modeling?

20     A    In that the regional distribution centers

21   play kind of a unique role in that they are going to

22   be a consolidation hub for transportation purposes, as

23   well as mail processing.  There are some definite

24   requirements in terms of the location of these

25   facilities, access to major transportation services

166

1    and the physical infrastructure characteristics.

2          In terms of the local processing centers and

3    destinating processing centers, these characteristics

4    are different.   It could be a number of different

5    things approximated to population densities.   The

6    physical characteristics of those buildings would be

7    more in line with the automation technology, the

8    material handling technology that that building would

9    essentially be housing.

10        Q    Does the model help determine the optimal

11   size of these facilities?

12        A    The model specifies based on the workload

13   and the required automation any equipment that

14   building would require.   It specifies what the

15   required square footage or physical capacity for the

16   workroom would be.

17         In addition to that, there are a number of

18   factors outside the model that are considered to size

19   the total facility square footage.

20        Q    I'm assuming are the other factors things

21   such as mail volume?   Is that the sort of thing you're

22   talking about?

23        A    No.   There are a number of models run by our

24   Facilities Group for support space outside of just the

25   core workroom.

1        Q    I see.  But as I understand the answer to my

2   question, the model, based upon the equipment

3   necessary for particular operations, would have sort

4   of an optimum example of what these facilities would

5   look like?  Is that correct?

6        A    It would specify the capacity in terms of

7   square footage required for a facility.  That is

8   correct.

9        Q    Would it be fair to say that one of the

10  directions that the model takes is to produce fewer

11  and larger LPCs?

12       A    That is not correct.

13       Q    Is that the outcome though in fact?

14       A    It's not necessarily that it attempts to

15  create larger processing centers.  It does try to

16  optimize for a least cost and consolidated operations,

17  given a set of assumptions, from the current number of

18  facilities to a fewer number of facilities based on

19  workload.

20       Q    It seems to me that the logic of

21  consolidation and fewer connotes larger.  Isn't that a

22  fair conclusion?

23       A    No, it does not.

24       Q    Why not?

25       A    Because we define operations or we define

Heritage Reporting Corporation
(202) 628-4888

1    facilities not in terms of size.  The model actually

2    looks at that in terms of the size of the operation.

3              There's a lot of difference between

4    referring to a facility as large, medium or small

5    versus an operation as large, medium and small.  The

6    models focus on the size of the operation.

7        Q    I misspoke.  I didn't mean to suggest that

8    you were concerned about architecture.

9              Substituting the word operations for

10    facility size, it seems to me that the logic of

11    consolidation and fewer, the logic of those concepts

12    which are embodied in what you've said END does, will

13    result in larger operations and fewer of them.  Isn't

14    that correct?

15        A    Yes.  The goal of the models the way they're

16    designed is to essentially gain economies of scale as

17    it relates to operations and so the goal is to utilize

18    equipment we have in facilities to its maximum.

19        Q    Right.

20        A    Hence, yes, we would like to gain economies

21    of scale.

22        Q    Thank you.  By the way, I encourage you to

23    help me out when my terminology is just off the mark

24    as it was a few minutes ago.

25              I find myself grappling constantly to deal

1    with some of the terminology here, so if I use

2    facilities and I really mean operations just feel free

3    to correct me, okay?  I'm sure there will be other

4    instances here in a few minutes.

5            It seems to me that this movement in the

6    direction of larger and fewer operations, and you made

7    reference to locating them, the model would tend to

8    logically and correctly I think locate such facilities

9    near densely populated areas.

10           It seems to me the same logic suggests the

11   likelihood that people in sparsely populated areas are

12   liable to experience service impacts as a result of

13   the relocation of these operations.

14       A    That is not correct.  What I said was that

15   the question, if I'm not mistaken, was the criteria

16   for the local processing centers similar to that of

17   the regional distribution centers in terms of the

18   physical characteristics of the building, the docks

19   and such, and my response was that local processing

20   centers have a slightly different set of

21   characteristics because the role they play is

22   different than that of regional distribution centers.

23           Local processing centers and destinating

24   processing centers have the dedicated role of

25   processing letters and flats and has the

1    responsibility for overnight service.  The location of

2    those facilities, one of the criteria is the proximity

3    to where mail originates and destinates.

4             Again, the reason we're not sure or

5    absolutely certain about the number of these local and

6    destinating processing centers is basically because

7    the volume, mail volume and trends, are unknown to us

8    about the future and so we may be able to increase or

9    decrease the number of local processing centers based

10   on our delivery commitments to the people in this

11   country.

12        Q    I'm not sure I understand that answer, but

13   let me try my question again.

14        A    Sure.

15        Q    It seems to me necessarily correct that to

16   consolidate mail processing operations into fewer and

17   larger operations nearer to population centers will

18   remove them on the average farther from less densely

19   populated or, if you will, sparsely populated areas.

20            That logic seems to me ineluctable.  What am

21   I missing?  If that's not correct, what am I missing?

22        A    The models do not necessarily -- if I gave

23   the impression that the population density is a factor

24   that the model considers maybe I misspoke.

25            What I'm trying to communicate is that the

1      model looks at workload, and workload originates based

2      on whether there's originating mail or destinating

3      mail for delivery irrespective of the density of the

4      population in any city.

5              If your inference is that the densely

6      populated areas generate more volume, in certain

7      cases, yes.  In other cases it depends.

8      Q    All right.  I understand.  We had tried to

9      ask you, and I'm going to make reference now to some

10     of our interrogatories directed to you.

11             In N2001-6-T-1-4(a), and I don't know

12     whether you'll need it or not, but why don't you open

13     it up?

14     A    Could you please repeat that number?

15     Q    1-4(a).

16     A    Is that T-1-4(a)?

17     Q    Yes.

18     A    Okay.

19     Q    I think we may have had a communication

20     problem there.  We asked you to provide a list of the

21     current facilities that based on current analysis will

22     become RDCs, and the response was the location of all

23     future RDCs has not been determined.

24             We really meant to ask you to give us the

25     location of those that have been determined.  I think

Heritage Reporting Corporation
(202) 628-4888

172

1    the location of some RDCs has been determined, hasn't

2    it?

3        A    The modeling output has recommended a number

4    of different facilities that could potentially become

5    RDCs.

6        Some of the bulk mail centers are logical

7    candidates to become regional distribution centers,

8    and we are going through some upgrades in the

9    automation and technology in some of our bulk mail

10   centers -- Kansas City is one -- where we are changing

11   some of the automation, which is about 30 years old

12   right now.

13       From a modeling standpoint, yes, we have

14   identified a number of different locations that could

15   potentially become RDCs.  The decision to designate

16   any of these facilities as an RDC and make the

17   necessary changes internally within our systems has

18   not yet been made.

19       Q    I've seen some sort of rather widely varying

20   estimates.  I understood that there would be around 65

21   or 70 RDCs according to the model, and most recently

22   you advised the OCA that the number would be around

23   70.  That is, the Postal Service advised the OCA.

24       In between in response to an interrogatory

25   from the Parcel Shippers the estimate range of 28 to

1    100 was given.  Would you please just enlighten us

2    about what's going on there?

3        A    I think our response in the context of the

4    END models has been fairly consistent that based on

5    the different iterations of the model we have seen

6    that the number of RDCs, the regional distribution

7    centers, vary somewhere between 65 or 75.

8            The response, the institutional response

9    which you referred to, which had stated a range is

10   based on the fact that there has been no decision made

11   that this range of RDCs is what we are going to

12   implement and so 28 on the lower end refers to the

13   number of existing bulk mail centers and the seven

14   ASFs, the area sectional facilities.  That's a known

15   commodity that exists today.

16           The 100 is an upper boundary range based on

17   the constraints the organization faces in terms of

18   capital, in terms of being able to implement exactly

19   what the models recommended.

20           The 65 or 70 kind of fits within that range,

21   and that again is another range because there's quite

22   a few things unknown at this point.  Rather than

23   specify an exact number without knowing all the

24   impacts that the organization is going to face in the

25   future, we have tried to quantify it in the broadest

174

1    range possible for now.

2        Q    As I understand it, there are going to be

3    six new surface transportation center activations this

4    year.  Is that still correct?

5        A    We are planning to activate the six new

6    surface transfer centers basically in the calendar

7    year 2006 and 2007.  That has been the plan.  That is

8    correct.

9        Q    Surface transfers centers.  Pardon me.

10       A    Correct.

11       Q    Are those all going to be RDCs as well?

12       A    The regional distribution center has been

13   defined and modeled.  The surface transfer function

14   will be a core part of the regional distribution

15   center.

16            These standalone surface transfer centers

17   that are being activated are to aid us in the

18   transition activities.  Once we have a big part of the

19   model concept, if that gets implemented the way it has

20   been modeled, the surface transfer centers would

21   logically migrate into the same physical campus as the

22   regional distribution centers.

23       Q    Are you suggesting that the surface transfer

24   centers would be relocated?  You're not suggesting

25   that, are you?

175

1       A      They could be relocated because some of

2    these surface transfer centers are being activated as

3    standalone facilities currently to aid with

4    transportation, ongoing transportation optimization

5    efforts, and basically provide us with a more expanded

6    surface transportation network in the country like

7    most of our competitors are spending a lot of

8    resources to develop a coast-to-coast surface network.

9            The Postal Service currently does not have

10    an integrated national surface network.  We have some

11    on the east coast and a few on the west coast, and

12    we're trying to develop a coast-to-coast surface

13    network whereby we can put more products, as long as

14    they do not compromise service, on the surface.

15      Q    It's also my understanding that there are 15

16    HASPs that will become surface transportation centers.

17    Is that also part of the model?

18      A    It is.  Again, not to confuse the issue, but

19    a HASP, or a hub and spoke, and a surface transfer

20    center are interchangeable terms.  They basically play

21    the same role.  They are designed to consolidate mail

22    to better utilize the containers used for transporting

23    mail, as well as better utilize the surface

24    transportation assets.

25            The existing facilities that are designated

Heritage Reporting Corporation
(202) 628-4888

176

1    as HASPs or hub and spokes and the new surface

2    transfer centers will all basically combine to form an

3    integrated national surface transfer network.

4        Q    Have the locations of these new surface

5    transfer centers, the six that are to be opened this

6    year and the 15 hub and spoke operations, are those

7    all identified somewhere in the record?

8        A    The ones that exist today, and I'm looking

9    at Mr. Tidwell here.

10            MR. ANDERSON:  Mr. Tidwell, can you tell us?

11            MR. TIDWELL:  I don't know that I could be

12   more precise than the witness at this moment.

13            THE WITNESS:  Yes.  The ones that exist

14   today, if they are not mentioned in the record we can

15   definitely provide because they are existing

16   infrastructure.

17            In terms of where the planned surface

18   transfer centers are going to be located, we can

19   definitely comment on the ones that we have set the

20   plans in motion to activate them.

21            MR. ANDERSON:  Yes.

22            THE WITNESS:  The other locations would be

23   still in the planning phase.

24            BY MR. ANDERSON:

25        Q    Can you do that for us right now?  I'm not

Heritage Reporting Corporation
(202) 628-4888

1    trying to test your memory, but if you know.

2        A    Yes.   I know for a fact that Phoenix is one

3    where we had activated a surface transfer center where

4    we're still going through the motions of activating

5    and completing all the operational details.

6            Salt Lake City in Utah is another one that

7    we are actively planning and trying to get that

8    operational in the near future.

9        Q    I would infer that wherever there's a

10   surface transfer center that would be a likely

11   location for an RDC.  Is that a fair statement?

12       A    Theoretically that would be a correct

13   statement because, as I said before, we are trying to

14   put the surface transfer centers where there is a

15   critical role to be fulfilled both from a

16   transportation consolidation as well as from a mail

17   standpoint, yes.

18       Q    Would you look please at Interrogatory

19   T-1-23?  I'm not sure I understand how END deals with

20   concentrations of mail volume that may not be well

21   served by existing facilities.  Does END not posit the

22   construction of new facilities as part of the model?

23       A    The END models do not report as an output

24   the need for a new facility in the network.  Let me

25   explain how the inputs and the outputs in reference to

Heritage Reporting Corporation
(202) 628-4888

1    capacity as related to square footage are handled in

2    the END models.

3            We constrain the models to use existing

4    infrastructure, but give it the opportunity to expand

5    existing infrastructure at a very high cost.

6        Q    You might want to pause there and explain

7    what you mean by a very high cost.

8        A    What we try to do is based on the knowledge

9    of our existing facilities and the infrastructure and

10    the characteristics of each and every building in our

11    network, we know the likelihood or the feasibility of

12    expansion to that specific site.

13            We allowed the model to expand any given

14    facility up to that threshold with the market driven

15    price of construction.  Beyond that threshold of

16    what's feasible we still allowed the models to

17    allocate workload to that facility at an artificially

18    high cost.

19            I'm just going to use an example.  I don't

20    know the exact numbers off the top of my head, but if

21    the cost of the real cost of construction per square

22    foot was $150 in a specific market the model would put

23    beyond what's feasible to be expanded.  We would put

24    an artificially high cost, say $3,000 a square foot.

25            If the model still allocates workload to

1    that facility, assuming that the facility can be

2    expanded even at that $3,000 a square foot cost, it

3    basically means the model says this is the right

4    geographic location to be processing this mail.

5            What we do outside of the models is go

6    through an evaluation of the modeling output, look at

7    what is the required square foot of your capacity as

8    prescribed by the models and look at what is the

9    square footage available in the real world in terms of

10   that building and the infrastructure and then working

11   with different functional groups assess whether the

12   current building and infrastructure should be

13   expanded, look at the age of the building, look at the

14   characteristics, the feasibility of expansion, all

15   those factors, and then make the decision whether we

16   should do that or build a new facility.

17           From that point of view, the model does

18   identify the optimum location to process the mail.

19   Whether it's in the existing building or we construct

20   a new building or lease a new building, that's

21   something that's done outside the models.

22      Q    I'm having trouble imagining how local

23   managers conduct area mail processing studies in this

24   environment.

25           With the END modeling being so sophisticated

1    and forward looking, but with the backbone regional

2    distribution centers not yet established, it would

3    seem that managers would find it very difficult to

4    conduct a meaningful AMP study and decide the

5    appropriate location of mail, or is that coordination

6    with END something that's done in Washington or

7    headquarters through the END process rather than the

8    AMPs?

9         A    In my opinion, there is actually a valuable

10   role for both of these processes to exist or co-exist

11   because while the END models have been designed to

12   give Postal Service management a strategic look at

13   what the future network should look like, there is

14   always an ongoing need to continuously evaluate and

15   optimize operations from a local level.

16        The local managers within the Postal Service

17   have continuously -- have always, even before the END

18   process was activated or ever designed -- looked at

19   consolidation opportunities of operations under the

20   AMP process.

21        The fact that we have a modeling

22   infrastructure and a process design to aid in testing

23   the feasibility of some of these AMP proposals now is

24   actually a complementary process to the AMP studies.

25        Q    From where we sit, Mr. Shah, it looks to us

181

1    like the END process is driving the AMP process.  I

2    say that for a couple of reasons.

3           For one, I believe it was GAO, or it might

4    have been the OIG, in a report stated that the Postal

5    Service was averaging about three AMPs a year for some

6    years, from 1990 to 1995 I think.

7           Now that END has begun to percolate the

8    number I think you'll agree with me is burgeoning.

9    How many AMP studies are ongoing now?  It may not be

10   your job to know, but can you estimate?

11        A    No.

12        Q    Probably 50 or more?  Isn't that correct?

13        A    I cannot comment on that because I really do

14   not know the exact number.

15        Q    But you would agree with me that certainly

16   END has stimulated and driven a terrific increase in

17   the AMPs.  Wouldn't that be a fair statement?

18        A    I would say that first, I do not completely

19   agree with your statement.

20           What I would say is that the same factors

21   that drove the Postal Service to design and develop

22   the END modeling tools and initiate this process are

23   the same factors that have probably accelerated the

24   need for some of the AMP consolidations, and that is

25   the rapid decline in originating mail, first class mail.

1           You know, I'm not privy to what the factors

2    were in the mid or early 1990s and how many AMPs were

3    quantified then, but what I do know is that in the

4    past four or five or six years since I've been at the

5    Postal Service the rate at which we've been losing

6    mail, first class mail volume, especially single-piece

7    first class mail volume, which is one of the key

8    drivers for some of these mail consolidation

9    proposals, is probably one of the key drivers that

10   we're looking at the overall design as well.

11       Q    It's my understanding that END now generates

12   candidates for AMP studies.  Is that correct?

13       A    That is not correct.  As I've stated in my

14   testimony, AMPs, the process, is one of the mechanisms

15   that the Postal Service has at its disposal to

16   implement some of the recommendations, if it chooses

17   to, of the END modeling output.

18       Q    I think perhaps we're now differing only in

19   terminology.  END suggests -- it doesn't direct, but

20   suggests -- where it would be appropriate to

21   consolidate facilities.  Is that right?

22       A    The END models do produce an output that

23   shows consolidation opportunities at a national level.

24           The AMP process, as I mentioned, is a bottom

25   up approach where local managers identify

1    opportunities and submit to headquarters and other

2    bodies for review.  We do use, as I've mentioned in my

3    testimony, some of the end tools to test the

4    feasibility of these AMP proposals.

5        Q    When the END model generates consolidation

6    opportunities as an output, as I understand it -- I'm

7    practicing here with this terminology -- are those

8    consolidation opportunities kept secret in Washington,

9    or are they communicated out to the field?

10       A    It's not a secret.  The reason that the END

11   modeling output is not a widely distributed fact is

12   because again they are theoretical, and they are model

13   outputs.  They do not take into account a lot of the

14   local constraints and issues that an AMP proposal

15   does.

16            The END models were never designed to be

17   able to incorporate every single operational detail

18   that exists at a local site specific level.

19       Q    I'm not suggesting --

20       A    Hence, if any output -- I'm sorry to

21   interrupt you, but I just wanted to finish my thought.

22       Q    Go ahead.

23       A    Hence, any of the outputs generated from the

24   END models is just one of the first steps in the

25   evaluation process.

1          As I've described in my responses to some of

2     the questions, the END modeling output is the first

3     step.  The Postal Service then engages subject matter

4     experts from headquarters, different functional groups

5     at headquarters and in the field to evaluate the

6     concepts, the modeling and the validity and the

7     operational feasibility of modeling output before they

8     are even accepted as being a theoretical part of our

9     future network.

10          The AMP opportunities, on the other hand,

11     are driven by operational realities from a bottom up

12     approach, and what we have tried to do in the recent

13     past and hence, you know, the case before the PRC

14     today is to integrate the AMP process, which was a

15     standalone process, a bottom up process from the past,

16     and the END modeling tools and the concepts to make

17     sure that as we go forward and try and redesign the

18     network or consolidate operations at a local level we

19     are trying to make sure that we can leverage the END

20     process and the tools to test the feasibility of those

21     proposals.

22     Q    What you said makes sense to me, but it

23     doesn't really get at what I was driving at.  I tried

24     using your terminology and that didn't work, and I

25     tried being flippant and that didn't work either, so

Heritage Reporting Corporation
(202) 628-4888

185

1    I'll try to use English.

2          It seems to me that local managers, at least

3    area vice presidents, if not district managers or even

4    plant managers, are made aware of consolidation

5    opportunities as a result of the END process.  Isn't

6    that correct?

7      A    The area managers, and they could be

8    different people -- they could be area vice

9    presidents, the district managers and others -- are

10    engaged in the operational review process, as I

11    mentioned, of the END concepts and the END models.

12    That is correct.

13      Q    All right.  You may have misunderstood the

14    thrust of my questions.  I wasn't suggesting that END

15    had subsumed AMPs or that the AMPs weren't still a

16    separate, although integrated, process.

17          I was only trying to get a better idea, a

18    confirmation of what I assumed to be true, which is

19    that there is END modeling input into decisions to

20    conduct AMPs.

21      A    I cannot speak for the AMP process and the

22    factors that go into the decision making.  I would

23    guess Witness Williams is a better person to answer

24    that.

25          I can share with you my observations of the

Heritage Reporting Corporation
(202) 628-4888

1    END modeling output and the interaction with the field

2    managers as it regards the END modeling output.

3         Q    In summary, I think you would agree that if

4    an AMP recommendation came to headquarters that would

5    be inconsistent with the END modeling that it would be

6    disapproved.  Isn't that correct?

7         A    I cannot again comment on that because I'm

8    not part of the approval process of an AMP.

9         Q    You'd be disappointed if it weren't

10    disapproved, wouldn't you?

11        A    No comment.

12        Q    Would you please turn to Interrogatory

13    T-1-229?

14        A    I'm sorry.  Did you say T-1-29?

15        Q    Yes.  No.  I'm sorry.  T-2-29.  You may not

16    have that before you actually.

17             MR. TIDWELL:  It was one of the redirects to

18    you.

19             MR. ANDERSON:  Thank you, Mr. Tidwell.

20             THE WITNESS:  I am trying to look for that.

21             MR. ANDERSON:  I put mine in numerical

22    order, ignoring the one or two.

23             MR. TIDWELL:  I think they're going to be in

24    the back.

25             THE WITNESS:  I do see T-2-30.  Yes, here we

Heritage Reporting Corporation
(202) 628-4888

187

1    go.   T-2-29.

2            BY MR. ANDERSON:

3        Q    Okay.  As I understand your answer to that

4    interrogatory, you're saying that END uses average

5    productivities based on standard productivities for

6    particular types of operations and the expected

7    outcome of the change being examined rather than using

8    the actual productivities for the facilities that are

9    in operation.

10       A    Let me explain.  There are a couple of

11   different places productivity plays a role in the END

12   models.

13           The END cost functions take into account

14   facility specific productivities.  The END

15   optimization models assume an average productivity for

16   facilities, so thereby the difference.

17       Q    Yes.

18       A    You could say that from a modeling

19   standpoint the cost functions play a critical role in

20   generating optimization output.

21       Q    I thought you said that for modeling

22   optimization you used average productivities.  Isn't

23   that correct?

24       A    That is correct.  From a capacity standpoint

25   we use average productivities.  From a cost standpoint

Heritage Reporting Corporation
(202) 628-4888

188

1    we use actual productivities.

2        Q    And in modeling using the average

3    productivities am I also correct that you use

4    different productivities, assumed -- average

5    productivities rather.  They're not assumed.

6             They're actually numbers, calculated

7    numbers, but they're different depending on whether

8    the facilities are small, medium or large facilities?

9    Is that correct?

10       A    The average productivities by facility would

11   take into account.  I mean, you derive the average for

12   the capacity.  It's an average across all facilities.

13       Q    All facilities of the same size or all

14   facilities?

15       A    All facilities.

16       Q    Okay.  And what about the size of the

17   operation?  As I understand it, does that vary by size

18   of operation?

19       A    The size of operation is the way they break

20   up the cost functions is by small, medium and large

21   operations.

22       Q    Okay.  That suggests to me that you're using

23   averages for a small operation, average cost numbers

24   for small operations, average cost numbers for medium

25   operations and average cost numbers for large

189

1    operations.  Is that correct?

2         A    No, that is not correct.  As I said before,

3    the cost equations take into account actual

4    productivities.

5         Q    That's what I thought you said, but then --

6         A    Capacity is different than cost and so

7    capacity defines the ability to handle workload and

8    the equipment required to handle that workload by

9    operations.  Costs are specific to an operation again,

10   but they take actual productivities into account.

11        Q    I'm sorry.  I simply don't understand.   I

12   may need a little essay on the subject.

13             You just said that they take actual

14   productivities into account, whereas a few minutes ago

15   you were telling me they were using average

16   productivities with actual costs.  What am I confused

17   about?

18        A    There are two types of functions that go in

19   as inputs to the END models.  One category is cost

20   functions.  The other is capacity functions.

21        Q    Okay.  Go ahead.

22        A    The cost functions take into account actual

23   productivities as the basis of those cost functions.

24   The capacity functions take average productivities

25   into account.

190

1              The END models in the distribution concept

2        do not make an assumption that because a facility has

3        a certain productivity today based on its operational

4        environmental constraints that it will continue to

5        maintain that same productivity in the future.

6              That is our fundamental assumption.  Hence,

7        we took basically the direction of assuming or taking

8        average productivities for our capacity functions

9        because we would like to give every facility the

10       benefit of the doubt that given certain steps or

11       actions taken that you can improve productivity at a

12       minimum to be average.

13             It's a conservative approach.  If a facility

14       actually has productivity that's higher than average

15       today then it should be able to do a good job in the

16       future as well.  We did not want to preclude any

17       facility from playing a role in the future network

18       just based upon its current productivity.

19        Q    Thank you.  Mr. Shah, can you give us a

20       timeline of the work that has produced the current END

21       process?  I think you've been with the process since

22       2001 or thereabouts, haven't you?

23        A    That is correct.  You mean the END modeling

24       process?

25        Q    Yes, the END modeling process.  I don't want

Heritage Reporting Corporation
(202) 628-4888

191

1       to be coy with you.  You're aware probably that the

2       American Postal Workers Union expected to see the

3       network integration alignment plan in December of

4       2002, but we never got it and never got anything that

5       could be called that until perhaps this proceeding

6       began, so we're still in doubt.

7               Can you please explain where we were in 2002

8       and why there was no network integration alignment

9       product at that time?

10      A    Sure.  As has also been mentioned, the

11      transformation plan that was submitted -- I'm trying

12      to remember; I think it was in 2001 -- which had a

13      projected timeline that the END modeling output would

14      be completed by sometime in 2002.

15              There have been a number of things that have

16      led to why the END modeling output was not accepted as

17      I would say an organization-wide plan at least from a

18      long-term planning standpoint because in 2002 and 2003

19      when we first -- I'm sorry.

20              In 2002 when we first ran the models it was

21      under a certain set of assumptions, and some of the

22      modeling requirement documents, the reports that we

23      submitted, the different versions, alluded to the fact

24      that the original assumption when we designed these

25      models in 2002 was that the model would produce a

1    distribution concept or would give the Postal Service
2    a blueprint of what the future distribution concept
3    should be.

4            When we reviewed the output in 2002, we
5    found out that the model did not basically produce as
6    an output any distribution concepts, and it did not
7    produce an output that was feasible for a number of
8    different reasons.

9            One was that it did not give us a
10   standardized network.  It purely went and essentially
11   optimized just for cost without any respect to
12   standardization or trying to essentially maintain a
13   consistent network across the country.

14           Hence, the decision was made that that
15   output was not something that the future network could
16   be designed on the basis of and so we spent a lot of
17   time then in 2003 working to define a distribution
18   concept that would be the basis of structuring the
19   optimization models around.  We fed as an input to the
20   optimization models rather than an output.

21           In 2003, as I mentioned, we had some
22   workshops for the industry, the mailing industry to
23   participate and give us their feedback on what
24   elements of best practices they would like to see
25   included as part of this predefined distribution

193

1    concept.

2              That distribution concept then became what

3    is today or now known as the regional distribution

4    concept, and then we spent basically the latter part

5    of that and 2004 in building and developing modeling

6    output, which was completed at that point.  We then

7    spent time between 2004 and some part of 2005 going

8    through area operational reviews off that modeling

9    output and the different iterations of the model.

10             When we had sufficient confidence levels

11   that the modeling output was essentially something

12   that was stable and that we had enough of a review

13   process that we decided to integrate that with the AMP

14   process, and hence that led to the PRC notification,

15   the union notification, you know, in the early part of

16   this year.

17        Q    Would you be able to pinpoint approximately

18   when you would say that the END modeling output became

19   functional and was placed into use, in operation?

20        A    I'd like to clarify what end use means, but

21   let's assume -- correct me if I'm wrong -- that you

22   mean to infer that the END models are used by

23   management in decision making?

24        Q    Yes.

25        A    Is that what you're trying to ask me?

                   Heritage Reporting Corporation
                         (202) 628-4888

194

1        Q    That's correct.  Thank you.

2        A    As I said before, we began the area

3    operational reviews sometime in 2005.  We've been

4    going through that on an ongoing basis with the field

5    managers and so probably I would say the latter part

6    of the end of 2005 we were at a point where there was

7    enough confidence on the distribution concept and the

8    modeled scenarios, the iterations out of the END

9    models, that the decision was made to essentially

10   start using the END models and the tools to start

11   testing the feasibility of some of the AMPs.

12              MR. ANDERSON:  That's all I have.  Thank

13   you, Mr. Shah.

14              VICE CHAIRMAN TISDALE:  Thank you.

15              Mr. Richardson?

16              MR. RICHARDSON:  Thank you, Mr. Presiding

17   Officer.  Bear with me just a moment.  I was surprised

18   that he was done so soon.  I'm sure you're gratified.

19              (Pause.)

20              MR. ANDERSON:  We said we predicted

21   moderate.

22                   CROSS-EXAMINATION

23              BY MR. RICHARDSON:

24        Q    Good morning, Mr. Shah.  Can you hear me?

25        A    Yes, I can.  Good morning.

278

1    modeled through the optimization model, so maybe I

2    didn't understand your question.  Was it that would I

3    need a separate model to model the RDCs?

4        Q    Yes, or a major modification to the existing

5    model.

6        A    The existing model does model the RDCs.

7             MR. RICHARDSON:    Thank you.

8             Those are all the questions I have, Mr.

9    Presiding Officer.

10            Thank you, Mr. Shah.

11            VICE CHAIRMAN TISDALE:    Is there any

12   follow-up cross-examination?

13            MR. ANDERSON:    Yes.    Thank you very much.    I

14   have just a few questions.

15            VICE CHAIRMAN TISDALE:    Okay.

16                  CROSS-EXAMINATION

17            BY MR. ANDERSON:

18       Q    Mr. Shah, as I understand it, the RDCs are

19   part of the program that's already in place, but the

20   Postal Service is developing an implementation and

21   activation plan for the RDCs.  Is that a fair

22   characterization of what's going on?

23       A    I'm sorry.  You just said that the RDCs are

24   the first part of -- no, the RDCs are not part of the

25   current network.

Heritage Reporting Corporation
(202) 628-4888

279

1       Q    No, no, but they are part of your design.

2       A    They are part of the modeling design and

3    planning concepts.

4       Q    They have been modeled and planned, and the

5    document that's in preparation now is a document that

6    will be used to implement that plan and put the RDCs

7    in place, as I understand it.

8       A    Correct.  The <u>RDC Activation Plan</u>, the

9    document I referred to, is essentially a template that

10   has been developed to assist in the implementation :

11   any specific RDC activation.

12      Q    It will not be your decision, as I

13   understand it, as to whether or not any particular RI

14   is going to be implemented.

15      A    That is correct.

16      Q    Or as to whether any of them will be

17   implemented.  I gather, that's not your decision

18   either.

19      A    That is correct, too.

20      Q    But your model certainly suggests they

21   should be.  Isn't that correct?

22      A    That's the premise of the models and the

23   distribution concept.

24      Q    That's your belief, I assume.  Isn't that

25   correct?

1          A     From a modeling standpoint, which is what

2     I'm responsible for, and a planning standpoint, yes.

3          Q     You've given five years of your life to it.

4     I would assume you have an opinion about whether it

5     ought to be done.

6          A     I would hope so.

7          Q     You hope it will be done, I assume.

8          A     I would hope that I would have an opinion.

9          Q     And do you?

10         A     I personally don't believe that I'm here to

11     speculate on my opinions.

12              MR. ANDERSON:  Mr. Presiding Officer, I

13     would ask that the witness be instructed to answer the

14     question, whether he has formed a conclusion about

15     whether the RDC plan should be implemented.  He is an

16     expert.  He is the expert.  He has an opinion, and

17     it's appropriate for him to express it.

18              VICE CHAIRMAN TISDALE:  You do have an

19     opinion?

20              THE WITNESS:  I have my personal opinions on

21     what should happen to the network, but I'm not, again,

22     the decision maker, so --

23              VICE CHAIRMAN TISDALE:  Go ahead and respond

24     to his question.

25              THE WITNESS:  Okay.  Yes.  As I said, based

281

1    on my observations and my beliefs about the merits of

2    the distribution concepts and the opportunities, that

3    I do believe it should be implemented.

4            BY MR. ANDERSON:

5        Q    Would it be fair to say that the process has

6    been set in motion through which it will be

7    implemented?

8        A    I'm not privy to any formal approval of an

9    implementation plan that would essentially categorize

10   that the recommendations are that the END models of

11   the process are going to be implemented the way the

12   models have recommended it.  There are aspects, as I

13   mentioned earlier, of this distribution concept that

14   are being considered and, to some degree, are being

15   put in motion again.  The conversion of some of our

16   bulk mail centers upgrading the technology, giving

17   them the latest equipment, are taking them in the

18   right direction to be converted to RDCs in the future

19   if the Postal Service so desires.

20       Q    Is there a plan in place now as to whether

21   the decision to convert a particular facility to an

22   RDC -- that decision will first be made in the field

23   subject to review at headquarters, or will those

24   decisions be made at headquarters?

25       A    I'm not really certain as to if there is a

282

1    formal policy, where that activation decision will
2    come from.

3         Q    I'm not sure I understood the full import of
4    your testimony a few moments ago about coming back to
5    the Commission if it develops that there will be
6    impacts.  Could you elaborate on that, please?

7         A    I think my point was, and if I
8    miscommunicated that, I do apologize -- the intent of
9    my comments were if the Postal Service decides to
10   implement changes of a nationwide nature to its mail
11   processing and transportation networks, and those
12   implementations result in impacts, upgrades or
13   downgrades, to whatever our existing service standards
14   and commitments are at that point, we would come forth
15   and provide the analysis and evidence of those
16   impacts.

17        Q    In terms of the END program, in a sense,
18   that's what we're doing now, in that we're examining
19   how the END program may impact service.  Are you
20   anticipating that the RDC implementation process will
21   perhaps have similar impacts to what END is doing now
22   and require a subsequent filing with the Commission
23   through the RDC implementation?

24        A    The RDCs are part of the END models or the
25   modeling concepts, so they would follow or prescribe

1    to the same procedure.  As I said before, the AMP

2    process is only one mechanism that the Postal Service

3    has at its disposal to implement some of the

4    recommendations of the END models.  Activating RDCs

5    does not always directly imply that there is an AMP

6    involved.  If I'm activating a BMC, I'm taking an

7    existing bulk mail center, upgrading the technology,

8    and converting it into RDC, there is no AMP involved

9    in that process.  There are aspects of this network

10   transition that have no direct correlation to AMPs.

11        Q    In terms of either planning or operations,

12   what were you alluding to, if you had something in

13   mind that might be brought back to the Commission that

14   might cause an impact on service and be brought back

15   to the Commission, I would like to understand what

16   that is.  You had indicated that perhaps the Postal

17   Service would be taking decisions or taking steps that

18   would have an impact on service, and if that occurred,

19   the Postal Service would return to the Commission with

20   another request for advice.

21        A    As I said before, if I, in my previous

22   comments, said something that alluded to that fact, I

23   did not mean it to sound -- what I tried to say was,

24   as we are here and have -- with the Postal Rate

25   Commission based on the plans for a nationwide network

1    redesign and the potential impacts, and if the Postal

2    Service were to start implementing direct changes, as

3    recommended through the END process, they would

4    essentially be forthcoming with the quantification of

5    those impacts.

6        Q    I have a much more specific question for

7    you.  This will be easier, I think.  The END models,

8    as the model works, does it tend not to consolidate

9    the most efficient small facilities or the less-

10   efficient, small facilities?  Does the model measure

11   the efficiency of particular facilities in determining

12   which facilities should be consolidated or not

13   consolidated?

14       A    I'm not completely sure I understand your

15   question, but let me try and see if this is what

16   you're trying to say.  Does it make an assumption

17   beforehand that a facility is efficient today and

18   would remain efficient tomorrow?  Is that your

19   question?

20       Q    Yes.

21       A    As I said before in one of my responses, one

22   of the reasons we use average for activities, and we

23   do not assume that just because a facility is

24   productive because of either its size or the

25   operations that currently reside within that facility,

1    that it will necessarily be equally productive or less

2    or more productive at the same time.  There are

3    certain facilities, due to operating conditions and

4    environment, that are less productive today.  We did

5    not want to presuppose that they will continue to

6    remain unproductive in the future, or they have the

7    same productive --

8         Q    Thank you.  I do remember that answer now.

9    I think I have just one other line of questions, and

10   I'll try to be brief.

11            With regard to the size of facilities -- Mr.

12   Richardson went over several times small, medium, and

13   large -- the size of facilities, and there was a lot

14   of back and forth about size of facilities and size of

15   operations, but would it be fair to generalize and say

16   that the larger operations are in the larger

17   facilities?

18        A    It's yes and no.  I'll try to be specific,

19   too.  Sometimes you can have certain facilities that

20   have larger operations by product or by types of

21   products in a small or medium facility just because

22   certain facilities could have heavier letter or flat

23   volume, for example, and the size of the letter

24   operation there could be larger than the flat or the

25   package volume.  But generally, if you look at larger

1    facilities, medium or larger facilities, in a more
2    general sense, they will tend to have the opportunity
3    for larger operations just because they have got more
4    space and more equipment.  However, that necessarily
5    does not always equate to them having larger
6    operations because they do not have enough mail volume
7    today.  They may have had it 10, 20 years ago.  That's
8    why I said yes and no.

9         Q    I think when you were discussing this
10   earlier, you protested that you were not an economist.
11   Perhaps you're a mathematician.  Are you a
12   mathematician?

13        A    I'm an engineer by training.

14        Q    Lots of mathematical training, I'm assuming.

15        A    Required.  I did not volunteer for
16   additional courses.

17        Q    I'm just a lawyer myself, and mathematics
18   isn't my thing.  The Postal Service has been here for
19   35 years or thereabouts, 36, give or take a few, and a
20   lot of very talented people have spent their energies
21   and spent their lives trying to make this a more
22   efficient organization and doing well in many regards.
23   But after all of that, the larger facilities are still
24   less efficient than the smaller ones.

25             Not being able to really penetrate the

1    details of your model, I remain skeptical that your

2    model is going to be able to turn around what to me

3    seems to be a mathematical almost inevitability, and I

4    wonder whether you would like to comment on that.

5         A    I certainly do not want to either agree to

6    or dispute your observation about the past of the

7    Postal Service and what other people may have tried.

8    I do know for a fact that the circumstances the Postal

9    Service faces today, at least for the past five to

10   seven years, have been different than what they had

11   been in the past. We've had periods of increases in

12   mail volume and periods of decreases, but typically

13   they have always come back.

14            So to that extent, the dynamics that we face

15   today in the organization, especially in operations,

16   is a little bit different.

17            Now, as to you comment about large

18   facilities continue to be inefficient, I don't think,

19   and, again, this is my limited knowledge about the

20   history of the Postal Service, that there have been

21   fundamental network redesigns in the past 10, 20

22   years. The BMCs, the bulk mail centers, were the last

23   true network that was created about 30-plus years ago.

24            We've actually gone after a systematic,

25   system-wide redesign and redefinition of distribution

1    flows, roles, changes, standardization to the degree

2    that we've prescribed in the RDC concept and the way

3    we've modeled with the RDC concept. Call me an

4    optimist by nature. I am so, and the fact that I

5    continue to champion this cause after five years is

6    proof of that.

7         You asked for my opinion earlier. I'll give

8    you my personal opinion, for what it's worth, about

9    the merits of the idea, and it's not just my idea.

10   There are a lot of talented people that have put into

11   this concept, idea. So, yes, I do believe and am

12   optimistic that the concept has a lot of good, valid

13   points, and we may not need to end up implementing

14   every element of this concept literally. There are a

15   lot of good things about this concept that we can

16   implement, and we probably are thinking about, in

17   different components.

18        So, yes, as I said, I'm more optimistic now

19   as regards certain large facilities or smaller

20   facilities. Again, as I said, if you'll go back to

21   the GAO report, it shows a fairly wide range of

22   productivity even in larger facilities. I don't want

23   it coming across that every large facility, just

24   because it's large, it's inefficient. There are

25   certain large facilities that have again

1    infrastructure, that have multiple floors, that have

2    traffic congestion issues, that have fundamental, mail

3    floor issues that make it less than optimal, which can

4    hinder or limit its ability to be as productive as a

5    smaller facility with one story, clean mail floor, and

6    optimally designed.

7         Now, having said that, we recognize those

8    issues and those characteristics, and we've put forth

9    recommendations that if this is the ideal location for

10   either a regional distribution center or a local

11   processing center in the future, those factors should

12   be taken into account.  So the END model does not

13   assume -- again, as I said, that's where we focus on

14   size of operations.  If I assume that a large

15   operation inherently in the future needs to be housed

16   in a large facility, I am giving management the option

17   of saying maybe this building with these physical

18   limitations may not be the right location.  Maybe we

19   need to invest in a newer building or newer space or

20   different space, and, hence, my optimism.

21        MR. ANDERSON:  Thank you, Mr. Shah.

22        VICE CHAIRMAN TISDALE:  Is there any other

23   follow-up cross-examination?

24        MR. RICHARDSON:  Mr. Presiding Officer, I

25   would like to ask a couple of questions, follow up, on