UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN POSTAL WORKERS UNION, ) <br> AFL-CIO ) <br> ) <br>    Plaintiff, ) <br> ) <br>        v. ) <br> ) <br> UNITED STATES POSTAL SERVICE, ) <br> ) <br>    Defendant ) <br> ) | Civil Action .1:06CV00726 (CKK) |

**ORDER DENYING MOTION TO DISMISS AS MOOT**

Upon consideration of defendant's Motion to Dismiss as Moot, Plaintiff's

Opposition thereto, and the record in this case, it shall be, and it hereby is

ORDERED, defendant's Motion to Dismiss is denied.

_____
United States District Judge