UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| AMERICAN POSTAL WORKERS UNION, AFL-CIO | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action .1:06CV00726 (CKK) |
| UNITED STATES POSTAL SERVICE, | ) ) | |
| Defendant | ) ) | |

## PLAINTIFF'S MOTION FOR LEAVE
## TO FILE CORRECTED OPPOSITION INSTANTER

Plaintiff, by its undersigned counsel, respectfully moves the Court to grant plaintiff leave to file instanter a corrected copy of plaintiff's Opposition to Motion to Dismiss as Moot.  Plaintiff also seeks leave to file an additional exhibit with the corrected Opposition.   This Motion is accompanied by a Memorandum stating the reasons why this Motion is necessary and a proposed Order.

Respectfully submitted,

Darryl J. Anderson
O'DONNELL, SCHWARTZ & ANDERSON, P.C.
1300 L Street, N.W.
Washington, DC 20005
(202) 898-1707
(202) 682-9276
Danderson@odsalaw.com