UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN POSTAL WORKERS UNION, AFL-CIO ) ) ) Plaintiff, ) ) v. ) ) UNITED STATES POSTAL SERVICE, ) ) Defendant ) ) | Civil Action .1:06CV00726 (CKK) |

**PLAINTIFF'S MEMORANDUM**
**IN SUPPORT OF MOTION TO FILE CORRECTED OPPOSITION INSTANTER**

Plaintiff, by its undersigned counsel, respectfully moves the Court to grant plaintiff leave to file instanter a corrected copy of plaintiff's Opposition to Motion to Dismiss as Moot. This request is necessary because of technical word processing problems that prevented the accurate and timely completion of plaintiff's Opposition in time for filing on January 29, 2007.[1] The Opposition accompanying this Motion and Memorandum has been changed only by the correction of typographical and formatting errors and by the addition of omitted citations to exhibits that accompanied the filing of plaintiff's Opposition. The corrected Opposition will be easier to read and more helpful to the Court than the uncorrected copy.

---

[1] Counsel, working during the evening of January 29, 2007, without clerical assistance was using the program Word to prepare the Opposition but was unfamiliar with that program and unaware that Word, unlike Word Perfect, does not permit direct conversion into PDF format. Due to this unfamiliarity, formatting and typographical errors persisted in the Opposition, and it was not filed until approximately 12:15 a.m. on January 30, 2007.

1

Plaintiff also seeks leave to file an additional exhibit with the corrected Opposition. The exhibit is an excerpt from a GAO Report cited in the Opposition. Although the Report is in the public domain, its attachment as an exhibit will be more convenient for the court and for defendant's counsel.

For these reasons, plaintiff respectfully requests leave to file the accompanying Corrected Opposition to Motion to Dismiss as Moot, and plaintiff's Exhibit 13.

Respectfully submitted,

Darryl J. Anderson
O'DONNELL, SCHWARTZ & ANDERSON, P.C.
1300 L Street, N.W.
Washington, DC 20005
(202) 898-1707
(202) 682-9276
Danderson@odsalaw.com