UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN POSTAL WORKERS UNION, AFL-CIO <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES POSTAL SERVICE, <br><br> Defendant | ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action .1:06CV00726 (CKK) |

**ORDER**

Upon consideration of Plaintiff's motion to file a corrected copy of Plaintiff's Opposition to Motion to Dismiss as Moot, and an additional exhibit in support of that Opposition it shall be, and it hereby is,

ORDERED, that Plaintiff's motion is granted.


                                                    United States District Judge