UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN POSTAL WORKERS UNION, AFL-CIO<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES POSTAL SERVICE,<br><br>Defendant | )<br>)<br>)<br>)<br>)<br>)  Civil Action .1:06CV00726 (CKK)<br>)<br>)<br>)<br>)<br>) |

**PLAINTIFF'S MOTION FOR LEAVE
TO FILE SUPPLEMENTAL AND AMENDED COMPLAINT**

Plaintiff, by its undersigned counsel, respectfully moves the Court to grant plaintiff leave pursuant to Fed.R.Civ.P. 15(a) and 15(c) to file a supplemental and amended Complaint. Plaintiff wishes to supplement its pleadings by alleging that the defendant's network transformation plan has already changed materially, and to amend plaintiff's request for relief to seek a Declaration that, if and when the plan changes materially, defendant must re-submit it to the Postal Rate Commission for an advisory opinion. This Motion is accompanied by a Memorandum stating the reasons why this Motion is necessary and a proposed Order.

Respectfully submitted,
Darryl J. Anderson
O'DONNELL, SCHWARTZ & ANDERSON, P.C.
1300 L Street, N.W.
Washington, DC 20005
(202) 898-1707
(202) 682-9276
Danderson@odsalaw.com

1