UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN POSTAL WORKERS UNION, AFL-CIO<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES POSTAL SERVICE,<br><br>Defendant | )<br>)<br>)<br>)<br>)<br>)  Civil Action .1:06CV00726 (CKK)<br>)<br>)<br>)<br>)<br>) |

**PLAINTIFF'S MEMORANDUM IN SUPPORT OF MOTION TO FILE SUPPLEMENTAL AND AMENDED COMPLAINT**

Plaintiff, by its undersigned counsel, respectfully moves the Court to grant plaintiff leave to file a supplemental and amended Complaint in the above-captioned case. This case concerns plaintiff's allegations that the U.S. Postal Service violated the Postal Reorganization Act by implementing a plan to reorganize its mail processing network without first submitting that plan to the Postal Rate Commission (PRC) a reasonable period of time in prior to implementation. The Complaint seeks a declaratory judgment holding that the violation at issue occurred and injunctive relief. The PRC has issued its Advisory Opinion on the reorganization plan without addressing the question whether the Postal Service violated the law by implementing the plan too soon. Defendant has moved to dismiss the case as moot. Plaintiff asserts that the dispute is capable of repetition yet evading review.

1

Supplemental Pleading

Plaintiff seeks leave pursuant to Fed.R.Civ.P. 15(d) to supplement its pleading by setting forth events which have happened since the Complaint was filed. As the record in this case shows, the Postal Service has placed heavy emphasis on Regional Distribution Centers as part of its new network, referring to them as the "backbone" of the new system. On December 11, 2006, however, the Association for Postal Commerce published on the internet a newsletter in which it reported on a meeting with top postal managers responsible for network realignment, Deputy Postmaster General Pat Donohoe and Senior Operations Vice President Bill Galligan. http://www.postcom.org/public/articles/2006articles/end.not.near.htm. According to Postcom, Donohoe and Galligan stated that "the plans and design for END really are undergoing re-evaluation" … and "the whole question as to whether mail processing facilities should be modeled around the regional processing center (RPC) concept needs to be re-looked at." [1]

This newsletter alerted the APWU to the possibility that the Postal Service was in the process of making a significant change in its network realignment program even as it was pending review by the PRC. The APWU, therefore, noticed the deposition of Senior Operations Vice President Bill Galligan. This deposition is necessary to determine whether the Postal Service had changed its network design plans even while the PRC was considering an outmoded plan, and to determine how soon it will be necessary for the Postal Service to file a new request for review by the PRC.

---

[1] The Postcom newsletter is Exhibit 10.

2

Amended Pleading

Plaintiff also seeks leave to amend its Complaint to request, as additional relief, that the Court issue a Declaratory Judgment holding that if the Postal Service materially changes is network redesign plans, such as by eliminating the Regional Distribution Center concept that has been described as the "backbone" of the plan, or by making any other change in the plan that materially changes the character of the system or the impact of the changes on mailers, then it must re-submit the plan to the PRC for an advisory opinion on the materially-revised plan.  Defendant has described its plan as an "evolutionary" plan.  That term, however, does not apply to changes in the character of the network or changes that affect service to mailers.   In light of the Postal Service's reluctance to submit its plans to the PRC for public scrutiny, and in light of the evidence that further changes are in process, plaintiff seeks to amend its prayer for relief to ensure that the Court's decision provides appropriate guidance to the Postal Service concerning its obligation to determine when it is necessary to re-submit its plan to the PRC.

For these reasons, plaintiff respectfully requests leave to file a supplemental and amended Complaint as described above.

Respectfully submitted,

Darryl J. Anderson
O'DONNELL, SCHWARTZ & ANDERSON, P.C.
1300 L Street, N.W.
Washington, DC 20005
(202) 898-1707
(202) 682-9276
Danderson@odsalaw.com

3

Case 1:06-cv-00726-CKK    Document 22-2    Filed 01/30/2007    Page 4 of 4