UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN POSTAL WORKERS UNION,<br>AFL-CIO<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES POSTAL SERVICE,<br><br>    Defendant | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 1:06CV00726 (CKK)<br>)<br>)<br>)<br>)<br>)<br>) |

## **ORDER**

Upon consideration of the Motion of the plaintiff, American Postal Workers Union, AFL-CIO, to supplement and amend its pleadings and of the record in this case it shall be, and it hereby is,

ORDERED, that plaintiff may amend its pleadings consistent with the Motion and Memorandum it filed in seeking this leave.

Dated: December     , 2006     _____

United States District Judge

1