UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN POSTAL WORKERS UNION, AFL-CIO )<br><br>    Plaintiff, )<br><br>        v. )<br><br>UNITED STATES POSTAL SERVICE )<br><br>    Defendant. ) | Civil Action No. 1:06CV00726 (CKK) |

CONSENT MOTION TO EXTEND

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, Defendant requests an enlargement of time of up to and including February 28, 2007, within which to file a reply in support of their motion to dismiss as well as a response to Plaintiff's request to amend the Complaint. Plaintiff has consented to the relief sought.

At present, Defendant's reply and response are due February 9, 2007, when the undersigned is expected to be at trial. The undersigned, along with her normal heavy case load, is busy preparing for trial which will start February 5 and is expected to last between February 5-9. Therefore, the Defendant requests an enlargement of time in order to adequately prepare both a reply to the opposition to the motion to dismiss and a response to the request to amend the complaint. This extension is sought in good faith and will not unfairly prejudice any party.

WHEREFORE, based on the foregoing, the Defendant respectfully requests that the time to file a reply to the opposition to the motion to dismiss and a response to the request to amend the complaint be extended to and including February 28, 2007.

January 31, 2007                    Respectfully submitted,


_____/s/_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney


_____/s/_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney.


_____/s/_____
ANDREA McBARNETTE, D.C. Bar  # 483789
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 514-7153

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing Consent Motion To Extend and its accompanying proposed order was filed via the Court's electronic filing system on this January 31, 2007 and is expected to be served by the Court's electronic transmission facilities to:

Darryl James Anderson
O'Donnell, Schwartz & Anderson, P.C.
1300 L Street, NW, Suite 1200
Washington DC 200005-4126
202 898 1707 (phone)
202 683 9276 (fax)
danderson@odsalaw.com

                                              /s/
                                     ANDREA McBARNETTE, D.C. Bar #483789
                                     Assistant United States Attorney
                                     Judiciary Center Building
                                     555 Fourth Street, N.W.
                                     Washington, D.C. 20530
                                     (202) 514-7153