UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN POSTAL WORKERS UNION, AFL-CIO )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>UNITED STATES POSTAL SERVICE )<br>)<br>Defendant. )<br>) | Civil Action No. 1:06CV00726 (CKK) |

## **ORDER**

Upon consideration of Defendant's Motion to Extend, it is hereby ordered that the motion is granted. Defendant may file a reply to the opposition to the motion to dismiss and a response to the request to amend the complaint up to and including February 28, 2007.

_____
UNITED STATES DISTRICT JUDGE

Dated: _____, 2007