United States Government Accountability Office

# GAO

## Report to Congressional Requesters

April 2005

# U.S. POSTAL SERVICE

# The Service's Strategy for Realigning Its Mail Processing Infrastructure Lacks Clarity, Criteria, and Accountability



**G A O**

Accountability ★ Integrity ★ Reliability

GAO-05-261

EXHIBIT

Blumberg No. 5118

13 Part 1

April 2005



# U.S. POSTAL SERVICE

# The Service's Strategy for Realigning Its Mail Processing Infrastructure Lacks Clarity, Criteria, and Accountability

Highlights of GAO-05-261, a report to congressional requesters

## Why GAO Did This Study

With declining mail volumes, increasing compensation costs, and a more competitive marketplace, the need for the U.S. Postal Service (Service) to increase efficiency and reduce expenses is a matter of increasing importance and concern. According to the Service, one area where it can become more efficient is in its mail processing and distribution infrastructure. The objectives of this report are to (1) describe major business and demographic changes and their effect on the Service's mail processing and distribution infrastructure; (2) describe what actions the Service is taking in response to these changes, and what challenges exist; and (3) discuss the Service's strategy for realigning its infrastructure.

## What GAO Recommends

To enhance the Service's transparency of its decisions related to realigning its infrastructure, the Postmaster General should establish a set of criteria for evaluating realignment decisions and a mechanism for informing stakeholders as decisions are made.

To enhance accountability for these decisions, the Postmaster General should develop a process for implementing these decisions that includes evaluating and measuring the results, as well as the actual costs and savings resulting from the decisions.

www.gao.gov/cgi-bin/getrpt?GAO-05-261.

To view the full product, including the scope and methodology, click on the link above. For more information, contact Katherine Siggerud, (202) 512-6570, siggerudk@gao.gov.

## What GAO Found

Several major changes have affected mail processing and distribution operations including marketplace changes, such as declines in First-Class Mail and increased competition; increased automation and mail processing by mailers; and shifts in population demographics. Effects of these changes include excess capacity in the mail processing and distribution infrastructure and variations in productivity among plants.

**Total Pieces Handled per Person per Hour in Processing Plants for Fiscal Year 2004**



Source: GAO analysis of U.S. Postal Service data.

The Service is exploring ways to realign its infrastructure by closing annexes, consolidating operations, and employing tools to model its infrastructure needs, while at the same time attempting to increase efficiencies in its current operations by expanding automation, improving material handling operations, creating a comprehensive transportation network, and introducing standardization programs. Also, as the graph above illustrates, there is a large range in productivity among plants. Reducing this range is difficult due to the complexity of operations and differences in plant layout. In addition, the Service faces challenges in eliminating excess capacity, while maintaining service standards, due to workforce rules and resistance to plant closings.

Questions remain about how the Service intends to realign its processing and distribution infrastructure and workforce. The Service's strategy for realigning has not been clear because the Service has outlined several seemingly different strategies over the past 3 years. None of these strategies include criteria and processes for eliminating excess capacity, which may prolong inefficiencies. Also, the strategy lacks sufficient transparency and accountability, excludes stakeholder input, and lacks performance measures for results.

_____ **United States Government Accountability Office**

# Contents

## Letter

| | |
|---|---|
| | 1 |
| Results in Brief | 2 |
| Background | 5 |
| Major Changes Have Impacted the Service's Mail Processing and Distribution Infrastructure | 14 |
| The Service Is Pursuing Several Initiatives in Response to Changes but Challenges Remain | 35 |
| The Service's Strategy for Realigning Its Mail Processing Infrastructure Lacks Clarity, Criteria, and Accountability | 53 |
| Conclusion | 59 |
| Recommendations for Executive Action | 59 |
| Agency Comments and Our Evaluation | 60 |

## Appendixes

| | | |
|---|---|---|
| Appendix I: | **Objectives, Scope, and Methodology** | 63 |
| Appendix II: | **Descriptions of Various Mail Flows with Diagrams** | 65 |
| Appendix III: | **Glossary of Postal Terms Used in this Report** | 74 |
| Appendix IV: | **Comments from the U.S. Postal Service** | 82 |
| Appendix V: | **GAO Contacts and Staff Acknowledgments** | 84 |
| | GAO Contact | 84 |
| | Staff Acknowledgments | 84 |

## Tables

| | | |
|---|---|---|
| Table 1: | Common Types of Mail Preparation Service | 6 |
| Table 2: | Common Types of Mailers | 6 |
| Table 3: | 2004 Major Processing and Distribution Plant Types | 7 |
| Table 4: | Change in Average Rate and Volume for Priority Mail | 24 |
| Table 5: | Factors Contributing to Productivity (Total Pieces Processed per Hour) in FY 2004 | 29 |
| Table 6: | Average Productivity (Total Pieces of Mail Processed per Hour) of Plants By Number of Employees for Fiscal Year 2004 | 31 |
| Table 7: | Average Productivity (Total Pieces of Mail Processed per Hour) for Selected Operations by Area for Fiscal Year 2004 | 34 |
| Table 8: | Number of Plants and Annexes Owned and Leased by the Service as of September 30, 2004 | 37 |
| Table 9: | Comparison of FY 2004 Productivity for Flat Sorting Operations | 39 |

# Figures

Figure 1:  Mail Flow through National Infrastructure                                              10
Figure 2:  Location of Service Processing and Distribution Plants                                 12
Figure 3:  First-Class Mail and Standard Mail Volume, Fiscal Years
           1971 - 2004                                                                            16
Figure 4:  Annual Percentage Change in Priority Mail and Express
           Mail Volumes, Fiscal Years 1994 to 2004                                               17
Figure 5:  Growth in Mail Volume for Workshared and
           Nonworkshared Mail, Fiscal Years 1972–2002                                            18
Figure 6:  Evolution of Mail Processing                                                          20
Figure 7:  Number of Service Processing and Distribution Plants by
           Age                                                                                   21
Figure 8:  Bedloaded Truck and Cardboard Containers                                              23
Figure 9:  U.S. Household Growth by State from 2000 to 2003 and
           Service Processing and Distribution Plants                                            26
Figure 10: Productivity (Total Pieces of Mail Processed per Hour) at
           Small, Medium, and Large P&DCs for FY 2004                                            30
Figure 11: Processing of a Letter at a Multistory and a Single Floor
           Processing and Distribution Plant                                                     32
Figure 12: Productivity (Total Pieces of Mail Processed per Hour) at
           Multistory Plants in Fiscal Years 2001 through 2004                                   33
Figure 13: Photographs of Empty and Full Flat Mail Cart                                          40
Figure 14: Automated Package Processing Machine                                                  42
Figure 15: Low Cost Tray Sorter                                                                  43
Figure 16: Service Bulk Mail Center and Hub and Spoke Program
           Locations                                                                             46
Figure 17: Correlation Between BPI Productivity (Total Pieces
           Processed per Hour) and Activity Based Costing Unit
           Letter Processing Costs for Fiscal Year 2004                                          49
Figure 18: Letter Mail Processing                                                                67
Figure 19: Flat Mail Processing                                                                  70
Figure 20: Parcel Processing                                                                     73

This is a work of the U.S. government and is not subject to copyright protection in the United States. It may be reproduced and distributed in its entirety without further permission from GAO. However, because this work may contain copyrighted images or other material, permission from the copyright holder may be necessary if you wish to reproduce this material separately.

**G A O**
Accountability • Integrity • Reliability

**United States Government Accountability Office**
**Washington, D.C. 20548**

April 8, 2004

The Honorable John M. McHugh
The Honorable Danny K. Davis
House of Representatives

The United States Postal Service (Service) has developed a highly complex infrastructure that includes about 450 plants that process and distribute an average of 660 million pieces of mail per day. To meet its universal service obligation, which requires it to provide mail delivery services to all people residing in the United States, the Service delivered mail to over 142 million addresses in fiscal year 2004. This represented an increase in addresses over fiscal year 2003 of 1.8 million. Mail processing costs amount to about $20 billion annually, while annual transportation costs are about $5 billion. The Service is subject to a mandate to break even that requires that postal rates and fees shall provide sufficient revenues so that the Service's total estimated income and appropriations will equal as nearly as practicable its total estimated costs. For the first time in its history, the Service experienced declining First-Class Mail volumes for 3 years in a row. This trend is expected to continue and raises specific concerns, since traditionally First-Class Mail provided high revenue-per-piece, which helps cover the Service's institutional expenses.[1] Another challenge is that compensation costs, which account for over 79 percent of the Service's total costs, grew 3 percent from fiscal year 2003 to 2004 while the number of full-time employees decreased. This increase in compensation costs is due in part to healthcare benefits that increased 7 percent over the same period. With major changes that affect its mail processing operations, including declining mail volumes, increasing compensation costs, and a more competitive marketplace, the need for the Service to increase efficiency and reduce expenses has become more urgent.

In April 2002, in response to a GAO recommendation, the Service issued a Transformation Plan that outlined the steps it planned to take to address the challenges it faced. One key goal cited in the Transformation Plan was for the Service to become more efficient by standardizing operations and reducing excess capacity in its mail processing and distribution infrastructure. Mailer interest groups and a report by the Presidential Commission on the Postal Service also supported the goal of "rightsizing" the nation's postal infrastructure; that is, establishing a least-cost network

---

[1]Institutional costs are costs that cannot be attributed to any specific class of mail.

for the Postal Service and the entire mailing industry while improving overall efficiency and service.

To assist Congress in monitoring the Service's progress in implementing the realignment of its mail processing and distribution infrastructure, this report addresses three key objectives. First, it describes major business and demographic changes and the effect of these changes on the Service's mail processing and distribution infrastructure. Second, it describes the actions the Service is taking to achieve a more efficient and flexible network in response to these changes, and the challenges associated with implementing these actions. Finally, it discusses the Service's strategy for realigning its infrastructure.

To address these objectives, we interviewed mailing industry associations, postal officials at Service headquarters, and employee union representatives about their views of the major changes affecting mail processing and distribution operations and infrastructure, as well as the Service's plans, strategy, and progress to realign its infrastructure. We also visited several Service mail processing plants to observe operations and interviewed plant managers in the Pacific, Southeastern, Eastern, and Capital Metro areas about their efforts to improve efficiency. We analyzed Service productivity data and documentation related to its productivity and efficiency improvement efforts, including plans and implementation schedules. We also reviewed Service documents related to its infrastructure realignment and discussed the direction and progress of its realignment efforts with the Service's Chief Operating Officer, the area vice presidents, and other senior management officials involved in this effort. We assessed the reliability of the Service's data used in our assessment of productivity and efficiency and found it reasonable for our purposes. We conducted our review at Service headquarters and field locations between April 2004 and January 2005 in accordance with generally accepted government auditing standards. A more detailed discussion of our objectives, scope, and methodology is included in appendix I. We requested comments on a draft of this report from the Service and its comments are discussed later in this report and reproduced in appendix IV.

## Results in Brief

Several major changes, such as changes in the marketplace, the evolution of the Service's processing infrastructure, increased automation and mail processing by mailers, and changes in demographics have affected the Service's mail processing and distribution operations. The effects of these

changes include productivity variations among plants and excess capacity in the mail processing and distribution infrastructure. For example:

- Changes in the marketplace, such as electronic substitution for First-Class Mail and increased competition, led to declines in mail volume and changes in mail mix. From fiscal year 2000 to 2004 total mail volume declined by about 1.8 billion pieces.

- The Service's processing and distribution infrastructure has developed over time resulting in plants that differ markedly from one another and exhibit wide variations in productivity. Also, some plants have evolved to exclusively process certain types of mail, which has driven up the cost per piece for those types of mail.

- Mail processing operations transitioned from manual to automated, enabling plants to process mail in less time. At the same time, mailers have performed more mail sorting in exchange for discounts, requiring less processing once the mail reaches the plant.

- Shifts in demographics and transportation may mean that the Service's processing plants are not ideally located. For example, U.S. household growth is greatest in the Western and Southern parts of the country, while the majority of mail processing plants are located in the East.

To achieve a more efficient and flexible infrastructure, the Service is exploring ways to realign its infrastructure by closing annexes, consolidating operations, and employing tools to model its infrastructure needs. At the same time, the Service is attempting to increase efficiencies in its current operations by expanding automation, improving material handling operations, creating a comprehensive transportation network, and introducing standardization programs. The Service has recently reported notable improvements in productivity and efficiency. For example, over the past 4 years, the Service has reduced workhours by more than 170 million, and reduced career staffing by over 80,000 employees. Nevertheless, the Service faces challenges in reducing productivity variances among plants and eliminating excess capacity. For example, efforts to reduce productivity variances among plants are challenged by the complexity of operations and differences in plant layout. In addition, workforce rules related to moving employees among plants and resistance to plant closings make it difficult for the Service to reduce excess capacity. Consequently, it is not clear that reducing variations among plants, removing excess capacity, or improving efficiency, can be achieved

consistently throughout the current mail processing and distribution infrastructure.

The Service's strategy for realigning its mail processing and distribution infrastructure has not been clear because the Service has outlined several seemingly different strategies over the past 3 years. While the Service has announced various plans and strategies, including a modeling effort and an attempt to get more uniformity in its infrastructure, it recently announced that it is pursuing an evolutionary strategy—that will respond to opportunities as they arise—and has provided little information about any of these efforts. This evolutionary strategy and the lack of detailed information about it raise many issues, including what the strategy is and whether it will enable the Service to meet the challenge of removing excess capacity in its infrastructure by closing unnecessary facilities. Specific issues related to the Service's infrastructure realignment strategy include: (1) the Service's strategy does not include specific criteria and processes for eliminating excess capacity, including the removal of unnecessary facilities and (2) the Service's strategy is not sufficiently transparent and accountable, excludes stakeholder input, and lacks performance measures for results of decisions. The Service's limited communication makes it difficult for customers to work with the Service to achieve a least-cost network for the entire mailing industry, for Service employees to understand how they may be affected, for communities to understand how they will be affected, and for Members of Congress to explain to their constituents what the Service is planning to do.

To enhance the Service's transparency of its decisions related to realigning its infrastructure, the Postmaster General should establish a set of criteria for evaluating realignment decisions and a mechanism for informing stakeholders as decisions are made. To enhance accountability for these decisions, the Postmaster General should develop a process for implementing these decisions that includes evaluating and measuring the results.

In commenting on a draft of this report the Service concurred with our description of its mail processing and distribution infrastructure and the major business and demographic changes that have affected the Service's operations, but did not respond directly to our conclusions or recommendations.

# Background

The Service's mail processing and distribution infrastructure, whereby mail is prepared for sorting on automation equipment by applying a barcode, sorted through various processing equipment, and transported between plants, consists of interdependent networks where operations in one part affect operations throughout. For example, if mail processing is delayed in one plant and misses the cut-off time for being loaded onto trucks for distribution, transportation will not be fully used because the trucks will leave without that mail. Subsequent processing will also be affected at plants that will receive this mail. In addition, the Service's infrastructure is part of a larger economic sector commonly referred to as the mailing industry. According to research conducted by the Mailing Industry Task Force, the Service, and the Direct Marketing Association, the core mailing industry is a $976 billion industry comprised of the Service, its competitors, direct and indirect mailers, and mail intensive business segments such as mail order, publishing, and printing houses.[2] This industry accounts for 9 million domestic jobs in all 50 states and the District of Columbia. Mailers generally use one of the four major classes of mail:

- First-Class Mail consists mainly of bills, bill payments, correspondence, and advertising and also includes the expedited product, Priority Mail;

- Periodicals Mail encompasses mainly magazines and local newspapers;

- Standard Mail is primarily bulk advertising and direct mail solicitations; and

- Package Services Mail includes parcels, merchandise, catalogs, media, and books.

Tables 1 and 2 describe the major types of businesses that make up the mailing industry and how they generally interact with the Postal Service.

---

[2]Envelope Manufacturing Association Foundation for Paper-Based Communications, *Postal Reform and Jobs*, April 2, 2004, pg. 5.

**Table 1: Common Types of Mail Preparation Service**

| Mail preparation services | Description | Where mail enters network |
|---|---|---|
| Lettershop | Prepares mailings for other organizations and provides services such as personalizing, labeling, sorting, stuffing, and addressing envelopes. | Generally take mail to local processing plant. |
| Presorter/Consolidator | Accepts mailings from multiple sources, consolidates them, and presorts to the finest level that can be achieved. Often consolidates mail from multiple sources to achieve quantity-based discounts. | Generally take mail to local processing plant. |
| Fulfillment House | Receives, packages, and ships customer orders, generally for retail sales companies. | Generally take mail to processing plant close to final destination. |

Source: GAO.

**Table 2: Common Types of Mailers**

| Mailers | Description | Type of mail |
|---|---|---|
| Financial Institutions | Primarily banks that use the mail to send financial statements or advertisements. Depending on mailer's size, it may use lettershops, presorters, or consolidators to prepare mailings. | Primarily First-Class Mail |
| Government | Federal, state, and local governments. Depending on mailer's size, it may use lettershops, presorters, or consolidators to prepare mailings. | Primarily First-Class Mail |
| Catalog Companies | Companies that sell merchandise through catalogs. | Primarily Package Services |
| Newspapers/Magazines | Organizations that produce publications issued at frequent intervals containing news, editorials, advertisements, and other articles of current interest. | Primarily Periodicals or Standard Mail |
| Commercial Industries | Industries that provide services or products. Depending on mailer's size, it may use lettershops, presorters, or consolidators to prepare mailings. | Primarily Standard Mail |
| Nonprofit Organizations | Organizations that conduct not-for-profit business. Depending on mailer's size, it may use lettershops, presorters or consolidators to prepare mailings. | Primarily Standard Mail (Nonprofit rate) |

Source: GAO.

The Service processes mail through its nationwide infrastructure according to shape and class of mail. There are three basic mail shapes (1) letters, which are small rectangular pieces no thicker than 1/4 inch; (2) flats, which are rectangular pieces no thicker than 3/4 inch; and (3) parcels, which are three-dimensional pieces weighing up to 70 pounds.

The Service established national service standards over 30 years ago that direct how many days it should take mail to reach its destination,

depending on its origin and mail class. For example, First-Class Mail has service standards of overnight, 2 and 3 days depending on the distance it has to travel. In addition, the Service developed class-specific processing networks to process specific types of mail including:

- a Processing and Distribution Center (P&DC) network that primarily processes First-Class Mail, Periodicals, and some parcels, as well as some Standard Mail;

- a Priority Mail Processing Center (PMPC) network that processes Priority Mail; and

- a Bulk Mail Center (BMC) network that processes bulk Standard Mail and parcels.

Each of these networks uses separate processing and distribution plants as described in table 3.

**Table 3: 2004 Major Processing and Distribution Plant Types**

| Plant type | Description | Number |
|---|---|---|
| Processing and Distribution Centers (P&DC) | Processes and dispatches incoming and outgoing mail for a designated service area | 318 |
| Air Mail Centers (AMC) | Mail plant at an airport that processes mail transported by air | 78 |
| Bulk Mail Centers (BMC) | Processes and distributes bulk Standard Mail and parcels | 21 |
| Priority Mail Processing Centers (PMPC) | Processes Priority Mail | 12 |
| Hub and Spoke Program (HASP) | Central point where mail from a group of plants is unloaded, combined, and sent on to destination | 13 |
| Destination Delivery Units (DDU) | Facility where carriers pick up mail for final delivery and some limited processing for destination may occur | 37,159 |

Source: U.S. Postal Service.

Note: DDUs are generally post offices and are not considered processing plants for the purposes of this report.

First-Class Mail is collected from mailboxes, houses, or post offices and transported to a P&DC or deposited directly at the P&DC by the mailer. Depending on where the mail originates from (origination) and where it is being delivered to (destination), this mail can be processed in multiple plants. It may be transported (1) directly between P&DCs, (2) through a hub and spoke plant, (3) through an air mail center, or (4) through a combination of these. Once the mail has reached the destination P&DC, the

mail is transported to a delivery unit for carrier delivery. For example, a birthday card mailed from Washington, D.C., to Sacramento, CA, would be mailed as First-Class Mail and might follow these steps:

1. picked up from mailbox by carrier and brought to local post office;

2. transported to Suburban Maryland P&DC where the postage stamp is cancelled and a barcode reflecting the proper destination is applied to the mailpiece so it can be sorted according to destination;

3. transported to airport;

4. flown to San Francisco, CA;

5. transported to San Francisco Air Mail Center where it is sorted to the proper destination plant;

6. transported to West Sacramento P&DC where it is sorted into delivery order; and

7. transported to local post office to be picked up by carrier and delivered to addressee.

Priority Mail can either be processed in the Priority Mail network or in the P&DC network similar to First-Class Mail. For example, legal documents sent Priority Mail from Rochester, NY, to Sacramento, CA, might follow these steps:

1. transported from local post office to Rochester Priority Mail Processing Center where it is separated from local Priority Mail and sorted according to destination;

2. transported to Rochester Air Mail Center where it is assigned to a specific flight;

3. flown to San Francisco, CA;

4. transported to San Francisco Air Mail Center where it is sorted to proper destination plant; and

5. transported to West Sacramento P&DC where it is sorted into delivery order; and

6. transported to local post office to be picked up by carrier and delivered to addressee.

Discount mailings (Standard Mail, bulk parcels, etc.) can enter the bulk mail network by being weighed and paid for at the mailer's plant through a detached mail unit, or at a postal plant through a Business Mail Entry Unit. A mailing is initially processed at the bulk mail center where it was entered, and then pieces are transported to the bulk mail center in the area where it will be delivered. To receive additional discounts or achieve faster delivery time, the mailer can enter mail closer to its destination. This is called dropshipping. For example, a Standard Mail advertisement dropshipped from Washington, D.C., to Sacramento, CA, might follow this path:

1. accepted into mailstream through detached mail unit at a mailer's plant in Washington, D.C.;

2. transported by mailer to the West Sacramento P&DC and sorted into delivery order; and

3. transported to local post office to be picked up by carrier and delivered to addressee.

Figure 1 depicts how mail flows through these networks, while figure 2 maps the location of the Service's processing and distribution plants.

**Figure 1: Mail Flow through National Infrastructure**



Source: GAO.

Note: Originating mail refers to where the mail enters the system, while destinating mail refers to where the mail leaves the system. This figure depicts mail that originates and destinates in different locations.

[This page left blank intentionally.]

**Figure 2:  Location of Service Processing and Distribution Plants**



Source: GAO analysis of U.S. Postal Service data.

## Major Changes Have Impacted the Service's Mail Processing and Distribution Infrastructure

Since the U.S. Post Office Department was reorganized into the U.S. Postal Service by the Postal Reorganization Act of 1970, there have been several major changes, the effects of which include excess capacity in the mail processing and distribution infrastructure, as well as productivity differences among plants. These changes include:

- changes in the marketplace and the role of industry that have resulted in declines in mail volume and changes in mail mix;

- the evolution of the Service's processing and distribution infrastructure, and the advent of processing automation, that has led to an infrastructure consisting of processing and distribution plants that differ markedly from one another; and

- changes in demographics and modes of transportation that affect the optimal location of the Service's plants.

## Changing Marketplace Has Led to Changes in Mail Volume and Mail Mix

Changes in the marketplace, including the substitution of electronic communication for First-Class Mail, shifts in how customers use the mail, increased competition in overnight mail and package services, and the changing role of mailers, have led to changes in mail volume and mix. These changes have intensified the Service's future financial challenges. Historically, the Service's business model depended on revenues from increasing mail volumes to cover its expanding infrastructure. This model has proven more difficult to sustain because of the decreasing mail volumes, particularly in First-Class Mail. As the Service's Chief Financial Officer stated, "this shift in mail mix to lower revenue-per-piece mail classes will result in shrinking margins, which are used to maintain universal service."[3]

## Electronic Diversion Has Led to Decreases in First-Class Mail Volume

First-Class Mail volume, the class that contributes the majority of revenue to institutional costs, declined 5 percent from fiscal year 2000 to 2004 and this downward trend is expected to continue. The Service has attributed the declining First-Class Mail volume to the impact of electronic diversion as businesses, nonprofit organizations, governments, and households

---

[3]Richard Strasser's presentation to the Service's Board of Governors year-end meeting on December 7, 2004. Universal service is not defined in law, but is understood to include affordable rates, 6-days per week delivery, and access to postal retail services.

increasingly automate their financial transactions and divert correspondence to the Internet. For example, electronic bill payment allows users to pay bills using the Internet rather than sending checks through the mail. In 2003, the majority of noncash payments were made electronically; just 3 years earlier the majority had been made by check. Recent Federal Reserve studies found that the number of checks paid in the United States has continued to decline since it peaked in the mid-1990s. There were nearly 50 billion checks paid in 1995. By 2000, that number had declined to 41.9 billion and by 2003 that number had dropped to 36.7 billion. Between 2000 and 2003, electronic payments increased from 30.6 billion to 44.5 billion, an increase of over 45 percent.[4] Further, recent legislation that became effective October 28, 2004, is intended to improve the efficiency of check processing and may reduce reliance on the physical movement of checks through the mail.[5] It is likely that this change will accelerate the decline in First-Class Mail volume.

## Shift in Mail Usage Has Led to Challenges in Revenue Generation

As a result of declining First-Class Mail volumes and the lower revenue per piece provided by Standard advertising mail volumes, the Service will be challenged to generate sufficient revenue to cover institutional costs. From 1970 to 2000, First-Class Mail accounted for the majority of mail volume. However, as seen in figure 3, Standard Mail volume is on the verge of overtaking First-Class Mail volume. According to postal officials, Standard Mail volume is projected to be greater than First-Class Mail volume by fiscal year 2005.

---

[4]*The 2004 Federal Reserve Payment Study: Analysis of Noncash Payments Trends in the United States 2000-2003,* Federal Reserve System, 2004.

[5]The Check Clearing for the 21st Century Act (Check 21) was signed into law on October 28, 2003, and became effective on October 28, 2004.

**Figure 3: First-Class Mail and Standard Mail Volume, Fiscal Years 1971 - 2004**



Source: GAO analysis of U.S. Postal Service data.

In fiscal year 2003, combined First-Class Mail and Standard Mail accounted for almost 94 percent of the Service's total mail volume. It takes approximately 2.5 pieces of Standard Mail to make up for the lost contribution from 1 piece of First-Class Mail. During fiscal year 2003, First-Class Mail declined by 3.3 billion pieces, resulting in a loss in revenue to be contributed toward institutional costs (contribution) of $675 million, while Standard Mail increased by 3.1 billion pieces for a gain in contribution of $256 million. The net loss in contribution from these two classes in fiscal year 2003 was $419 million.

**Increased Competition in Packages and Overnight Mail Have Hurt Mail Volume**

Competition in the overnight and package business is increasing. In 1971, the Service and United Parcel Service each had roughly a 50 percent share of the national parcel market. FedEx entered the parcel ground delivery market with the acquisition of Caliber in 1998 and, by 2001, the Service's share of the parcel ground market had slipped to less than 10 percent. In addition, the Service's market share of overnight and 2 and 3 day air package services decreased between fiscal years 2000 and 2003. As seen in

figure 4, volume for the Service's products in this category, Priority Mail and Express Mail has declined precipitously in recent years.



**Figure 4: Annual Percentage Change in Priority Mail and Express Mail Volumes, Fiscal Years 1994 to 2004**

Source: GAO analysis of the U.S. Postal Service data.

**Changes in the Role of Mailers**

Over the past 30 years, the role of mailers has changed, leading to further shifts in the mail mix. This change is due in large part to the advent of the Service's worksharing discounts. Postal worksharing activities generally involve mailers preparing, barcoding, sorting, or transporting mail to qualify for reduced postage rates. Key worksharing activities include (1) barcoding and preparing mail so the Service can sort it on automated equipment; (2) presorting mail, such as by ZIP Code or specific delivery location; and (3) entering mail closer to destination, commonly referred to as dropshipping. The first of many presort and automation worksharing discounts was introduced in 1976, followed by dropship discounts for periodicals in 1985, and Standard Mail in 1991. Presorting and barcoding by mailers allows the Service to avoid primary sorting activities, while dropshipping allows it to avoid transporting mail as well. For example,

prior to dropshipping, mail entered the infrastructure at the point of origin. Dropshipping allows the mailer a discount for bypassing the origination plant and transporting the mail closer to its destination point.

Presort discounts spawned the mail consolidation business, whereby consolidators gather mail from many different mailers, sort it, and convey it to the Service for final delivery. The dropship discounts were the catalyst for major growth within the consolidation business. As seen in figure 5, virtually all of the growth in volume since 1972 is in workshared mail. Worksharing contributes to excess capacity because mail volume bypasses operations that occur early in the processing and, in some cases, as with dropshipping, mail volumes bypass entire plants.

**Figure 5: Growth in Mail Volume for Workshared and Nonworkshared Mail, Fiscal Years 1972–2002**



Source: GAO analysis of U.S. Postal Service data.

## Evolution of the Service's Processing and Distribution Infrastructure Has Resulted in Markedly Different Plants

The Service's mail processing and distribution infrastructure has developed over time resulting in an infrastructure comprised of plants that are markedly different from one another. This evolution has resulted in some plants' inability to accommodate processing equipment because the floor space requirements differ for manual and automated processing; and the plants were not originally designed to house the advanced technology. Also, some plants exclusively process certain types of mail, which has driven up the cost per piece for those types of mail. Today, the Service's mail processing and distribution infrastructure includes plants that range in age from 2 to 72 years old, range in square footage from 455 square feet to 1,538,494 square feet, have different layouts, serve different processing functions, and do not share the same amount and type of processing equipment.[6]

## Plants Have Had to Accommodate Equipment in Buildings That Were Not Designed to House the Technology

Originally, the Service developed mail processing and distribution plants to manually sort mail using pigeonhole cases. The Service took major steps toward mechanizing plants in the mid-1950s with the introduction of the letter sorting machine. The letter sorting machine required an operator to read the address on an envelope and key the information into a console. A conveyor belt system then directed the piece to the appropriate receptacle for the address. In the early 1980s, the Service began replacing the mechanized letter sorters with automated systems that used optical character readers rather than manual keying of addresses. The concept of mechanized sorting was expanded to include flats in the 1980s. The Service recently deployed automated flat sorters and has begun deploying automated parcel sorting equipment. Figure 6 depicts the evolution of mail processing operations.

---

[6]Post Offices/DDUs are not included.

**Figure 6: Evolution of Mail Processing**

—————————————— Evolution of Mail Processing Operations ——————————————



Manual



Mechanized 1956



Bulk Mail Centers 1976



Automated letter 1982



Automated flat 2000

Automated parcel 2000

Source: GAO.

The floor space required to accommodate automation equipment is different than that needed to accommodate manual or mechanized sorting equipment, and not all plants have room for new equipment that could increase efficiency. As seen in figure 7, many of the Service's plants were built prior to the advent of automation. Therefore, some plants may not have enough floor space to accommodate the newer equipment.

**Figure 7: Number of Service Processing and Distribution Plants by Age**

| Age | Number of plants | Percentage of total |
|-----|-----------------|---------------------|
| >69 | 11 | 2% |
| 60 - 69 | 4 | 1% |
| 50 - 59 | 1 | 0% |
| 40 - 49 | 24 | 5% |
| 30 - 39 | 90 | 20% |
| 20 - 29 | 76 | 17% |
| 10 - 19 | 151 | 33% |
| <10 | 99 | 22% |

←— *Advent of the Service's Automation Program* (at row 20 - 29)

Source: GAO analysis of the U.S. Postal Service data.

Note: Figure includes all processing and distribution plants, including P&DCs, BMCs, AMCs, PMPCs, Annexes, and miscellaneous plants, but excludes DDUs.

## Dedicated Mail Processing Networks Have Driven Up Costs

Some plants are part of dedicated networks that exclusively process certain types of mail and have resulted in higher costs. The Service developed dedicated mail processing networks within its infrastructure to process certain classes of mail, including a bulk mail network and a Priority Mail network. In general, by law, each postal product must cover the costs attributable to provision of that product plus a reasonable amount of institutional costs. Consequently, when a network is dedicated to only one type of mail, that type of mail must bear the costs of the dedicated network. In addition, with a dedicated network, transportation capacity utilization is limited to the amount of mail that is traveling through the dedicated network and redundancies can occur. For example, Priority and Standard Mail may be traveling through the same area and may even use the same roads; however, because they are processed in separate networks, they do not travel on the same truck. Therefore, two trucks that are 50 percent full might make the trip rather than one truck that is 100 percent full.

In the 1970s, the Service developed a bulk mail network to maintain its share of the parcel market against United Parcel Service, and built 21

plants to process and distribute parcels. These plants also process sacks of bulk Standard Mail. As operations have evolved over 30 years, the BMCs have encountered a number of difficulties in trying to process the mail efficiently. Furthermore, bulk Standard Mail is increasingly bypassing the BMC network through dropshipping.

Bulk letter mail, which first enters the bulk mail network in sacks or trays, can be processed more efficiently through automated letter sorters when it reaches the processing and distribution plants if it is presented in trays rather than sacks. Consequently, the Service made a concerted effort to move mail out of sacks and into trays. However, this move caused problems for the BMCs, which used sack-sorting machines. During our visits to postal plants, managers told us that sack-sorting machines were not designed to process rectangular trays. Sorting trays on the sack sorters often resulted in trays, which carry an average of 500 pieces of mail, breaking open and spilling mail over the conveyor belt. Consequently, the sack sorter had to be turned off while the individual mail pieces were collected and either sent to a P&DC for processing or processed on equipment that had been brought into the BMC specifically to deal with this problem. The BMCs were told by headquarters to remove all trays from automated equipment beginning in October 2004, and some BMCs are now processing the trays manually, which results in an increase in workhours.

In addition, changes in the way trucks are loaded and unloaded have affected dock space at the BMCs. For example, when trucks were loaded at processing plants by manually stacking packages inside the truck (bedloaded), it took 8 hours to unload a truck filled to capacity. Today, the Service uses automated loading machines that fill containers with packages, which are then loaded by forklift into the trucks. Trucks are unloaded by forklift, and automated equipment dumps the containers directly onto the conveyor belts that lead to the sorting equipment. Using this procedure it only takes 30 minutes to unload the same amount of mail. Figure 8 depicts the difference between bedloaded and container-stacked truckloads. While this has been a great improvement in workhour savings, BMCs now have problems storing all the mail because of limited dock space. We also observed and were told that some of the equipment in the BMCs is so old that it cannot run at full capacity and in some cases was not being used. For example, in one BMC the tow-line—used for transporting mail throughout the building—was shut down 18 years ago because it needed constant repairs. Consequently, mail is moved between operations either manually or using forklifts and tow trucks.

**Figure 8: Bedloaded Truck and Cardboard Containers**





Source: GAO.

The Service also has a dedicated network for its expedited product, Priority Mail, which has driven up the cost of Priority Mail and led to declines in volume. In 1997, the Service awarded a 5-year contract to Emery to develop a PMPC network on the east coast to improve Priority Mail's service performance. The Service also contracted with Emery to provide a

dedicated transportation network for Priority Mail. Because the network only processed Priority Mail, all of the costs were borne by Priority Mail users. Large rate increases in 1999, 2001, and 2002 for Priority Mail, coupled with service problems, contributed to a 31 percent decline in Priority Mail volume from fiscal year 2000 to 2004. Table 4 shows rate increases and mail volumes. Consequently, the Service cancelled its processing and transportation contract with Emery in 2001, absorbed the processing back into its infrastructure, and contracted with FedEx for transportation services. While the Service is still processing Priority Mail in PMPCs, it is moving Priority Mail operations into other processing plants. It has also begun converting some PMPCs to Logistics and Distribution Centers (L&DC), which process multiple types of mail, and according to Service officials, it is the Service's intent to eventually convert all PMPCs to L&DCs.

**Table 4: Change in Average Rate and Volume for Priority Mail**

| Date | Percent rate increase | Percent volume decline |
|------|----------------------|------------------------|
| January 1999 | 7.2% | 6% |
| July 2001 | 17.2% | 11% |
| June 2002 | 13.5% | 15% |

Source: GAO analyses from Postal Rate Commission and U.S. Postal Service Data.

Note: Volume declines are between fiscal years 1999 and 2001, 2001 and 2002, and 2002 and 2004. July 2001 is the implementation date of the Recommended Decision in the R2000-1 rate case, which was modified by the Service's Board of Governors.

## Postal Service Plants May Not Be Optimally Located Due to Changes in Demographics and Transportation

Due to population shifts, household growth, and the changing transportation landscape in the United States, Service plants may not be optimally located. The Service stated in September 2003 that, "population shifts, changes in mail processing technology, and external events that occurred during the last two years, have required dramatic shifts in operating conditions resulting in rising costs to maintain the existing network."

Most Service processing plants are located in eastern states—states that historically have had the highest populations. During the 1990s, U.S. household growth trends began moving west and south, with Nevada and Arizona ranking as the two fastest growing states in the nation. As seen in figure 9, the majority of the Service's processing plants are located in states whose household growth is not as rapid as others. The Service has said that

the operational challenge it faces in 2004 and beyond is to locate processing plants and employees within efficient reach of most of the population, while at the same time providing universal service to the rest of the nation at reasonable cost.

**Figure 9: U.S. Household Growth by State from 2000 to 2003 and Service Processing and Distribution Plants**





Percentage change in household growth by state from 2000 to 2003

- -0.9 to 2.5
- 2.5 to 4
- 4 to 6.6
- 6.6 to 13.2
- ☆ Service Processing and Distribution Plants

Source: GAO analysis of U.S. Postal Service and U.S. Census Bureau data.

Additionally, Service processing plants built in the first half of the 20th century were built near major railroad stations. In 1930, the bulk of

domestic mail was moved by rail on over 10,000 trains nationwide. In 1965, only 190 passenger trains carried mail, and by 1970, virtually no First-Class Mail was carried by rail. In September 2004, Amtrak announced that it would discontinue transporting mail for the Service. Changes have also taken place in the Service's use of air transportation. As a result of the September 11, 2001, attacks, new federal aviation security restrictions prohibited the transportation of mail weighing more than 16 ounces on commercial flights. As a result, the majority of the mail previously transported by commercial air has shifted to surface transportation or is flown by FedEx. Ongoing shifts in transportation have created an environment where most mail is now moved by highway and air, and some processing plants would be better located so that major highways and airports are easily accessible.

## Changes Have Contributed to Variations in Productivity Among Processing Plants and Excess Capacity

The changing marketplace, evolution of mail processing, and shifts in demographics have contributed to variations in productivity across plants and excess capacity. The growth in infrastructure over time has resulted in differences in processing plants and contributed to variations in productivity and cost among plants. The decline in mail volume and the evolution of mail processing have contributed to excess capacity.

### Productivity Varies among Plants

Average productivity—total pieces processed per hour—varies among the Service's mail processing and distribution plants, which indicates that some plants are not processing mail as efficiently as others. Service officials have attributed this variation to several factors, including size of plant as measured by workload, number of employees, layout of plants, and the use of nonstandardized processes. An analysis of productivity data for processing and distribution plants for fiscal year 2004 indicates that none of these factors, in isolation, can explain the variations; rather, as seen in table 5, it seems that plants with low productivity exhibit a number of contributing factors. For example, according to a Western Area Postal Service official, the processing plant in Spokane, WA, is one of the most productive plants because the plant is new, all operations are performed on one floor, and it has an automated system to transport mail among the different operations. The processing plant in Des Moines, IA, on the other hand, has very low productivity. This plant is 50 years old, has multiple floors where processing occurs, does not have enough dock space, and does not have adequate floor space for new processing equipment.

**Table 5: Factors Contributing to Productivity (Total Pieces Processed per Hour) in FY 2004**

| Least Productive Plants | A | B | C | D | E |
|---|---|---|---|---|---|
| Productivity | 519 | 727 | 819 | 852 | 873 |
| Workload | 721,178 | 3,525,133 | 2,909,649 | 660,421 | 2,468,013 |
| Employees | 1,144 | 4,336 | 2,883 | 850 | 2,319 |
| Workroom Square Feet | 273,600 | 984,290 | 490,125 | 116,888 | 626,918 |
| Age | 19 | 72 | 9 | 70 | 44 |
| Multistory | No | Yes | Yes | Yes | Yes |

| Most Productive Plants | F | G | H | I | J |
|---|---|---|---|---|---|
| Productivity | 2,641 | 2,651 | 2,678 | 2,763 | 2,854 |
| Workload | 287,661 | 855,680 | 324,030 | 500,396 | 197,942 |
| Employees | 85 | 275 | 110 | 144 | 120 |
| Workroom Square Feet | 35,322 | 43,007 | 56,775 | 37,222 | 27,816 |
| Age | 7 | 39 | 13 | 8 | 29 |
| Multistory | No | No | No | No | No |

Source: GAO analysis of U.S. Postal Service data.

According to Service managers, a plant's annual workload impacts its productivity. The Service classifies its plants based on the number of workhours that should be required to process the plant's annual workload (earned hours).[7] The classifications are small—295,000 or less earned workhours, medium—between 295,001 and 680,000 earned workhours, and large—more than 680,000 earned workhours. According to the managers, small plants are more efficient then larger plants because operations at small plants are not as complex as operations at larger plants and large plants often have additional responsibilities. For example, one plant manager told us that the plant he had previously managed had a large contingency of mail carriers that operated out of it in addition to the plant's processing duties, which lead to space constraints. Larger plants often consolidate and sort mail from smaller plants, which makes sorting schemes more complicated and requires additional workhours to accommodate the increased complexity. However, as seen in figure 10, there are also large gaps in productivity among the plants within each size

---

[7]The Service determines how many earned workhours a plant should need by dividing that plant's workload by the average productivity of the 25 percent most productive plants.

classification. Therefore, it appears size, as measured by workload, is only one contributing factor to the variation in productivity among plants.

**Figure 10:  Productivity (Total Pieces of Mail Processed per Hour) at Small, Medium, and Large P&DCs for FY 2004**



Source: GAO analysis of U.S. Postal Service data.

Service officials also told us that the size of the workforce employed at a plant impacts the plant's productivity. According to these officials, plants with large numbers of employees have lower productivity than plants with fewer employees because with fewer employees, management has better visibility and therefore better control over its operations. Plants with fewer employees also have fewer layers of management and more direct manager to employee contact. One manager, who had managed both large and small plants, told us that productivity increases can be attributed to making sure employees are doing what they are suppose to be doing and that this is easier to manage with a smaller number of employees. Table 6 shows the average productivity for plants broken down by number of employees.

**Table 6:  Average Productivity (Total Pieces of Mail Processed per Hour) of Plants By Number of Employees for Fiscal Year 2004**

| Number of employees | Average productivity |
|---------------------|---------------------:|
| <500 | 1,960 |
| 500-999 | 1,614 |
| 1,000-1,499 | 1,463 |
| 1,500-1,999 | 1,443 |
| >2000 | 1,148 |

Source: U.S. Postal Service.

Another factor, according to Service officials, is the physical layout of plants, particularly when plants are multistoried, because more time is spent moving mail between floors and among operations. For example, one multi-story plant that we visited has a number of difficulties in processing mail. Currently, the plant receives mail on the first floor, transports the mail to the third floor where it is cancelled, then sends the mail to the second floor for processing, and then back to the first floor for outgoing trucks. Due to cost constraints, the plant does not have an automated system to transport mail among the different floors and all mail must be moved among the floors by elevator. Unfortunately, many of the elevators are continually out of service. According to the manager at the plant, there are 13 elevators in the building and on a good day, 8 elevators are working. Consequently, according to the manager, more workhours are used to move mail around and prepare it for operations then would be used in a single-floor plant. This lowers productivity and increases the plant's processing costs. Figure 11 depicts the processing of a letter at a multistory plant versus a single-floor plant.

**Figure 11: Processing of a Letter at a Multistory and a Single Floor Processing and Distribution Plant**



Source: GAO.

Note: The figure depicts letter mail processing at a multistory and single floor plant. Other types of mail, such as flats and small parcels, are also processed at these plants but are not depicted in the figure.

The Service has 40 multistory processing plants across the country. The average productivity at multistory plants in fiscal year 2004 was 1,381 pieces per hour, while in single floor plants it was 1,828 pieces per hour. However, as seen in figure 12, there was a large gap between the productivity at the most productive multistory plant and the productivity at the least productive multistory plant in fiscal years 2001 through 2004. While overall productivity improved for all plants between fiscal years 2001 and 2004, the gap in productivity also increased from 1,395 fewer pieces per hour processed at the least productive plant than the most productive in 2001 to 1,524 fewer pieces in 2004.



**Figure 12:  Productivity (Total Pieces of Mail Processed per Hour) at Multistory Plants in Fiscal Years 2001 through 2004**

Source: GAO analysis of the U.S. Postal Service data.

Another factor in the productivity variation between plants is that the Service does not have standardized processes across plants. Consequently, one plant may be using a very efficient method to sort mail while another plant may be using a less efficient method. For example, table 7 shows the productivity of common automated mail processing operations varies by area (the Service has divided its national network into nine geographic areas).

Table 7: Average Productivity (Total Pieces of Mail Processed per Hour) for Selected Operations by Area for Fiscal Year 2004

| Area | Prepare collection mail for sorting (AFCS) | Letter sorting (DBCS) | Flat sorting (AFSM 100) | Small parcel sorting (SPBS) |
|---|---|---|---|---|
| Capital Metro | 15,768 | 6,667 | 1,944 | 257 |
| Eastern | 15,226 | 7,809 | 1,992 | 262 |
| Great Lakes | 17,547 | 8,003 | 1,999 | 260 |
| New York | 15,251 | 8,202 | 2,095 | 301 |
| Northeast | 16,452 | 7,868 | 1,912 | 215 |
| Pacific | 18,982 | 9,123 | 2,039 | 308 |
| Southeast | 17,007 | 8,231 | 2,063 | 308 |
| Southwest | 15,178 | 8,066 | 2,060 | 274 |
| Western | 16,132 | 8,545 | 1,976 | 313 |
| Difference between Most and Least Productive Area | 3,804 | 2,456 | 183 | 98 |

Source: U.S. Postal Service.

**The Service Has Excess Capacity**

According to Service officials, declining mail volume, worksharing, and the evolution of mail processing operations from manual to automation equipment have led to excess capacity. There are different types of excess capacity including:

- excess workhours, which occur when more workhours are used than are necessary for processing the mail;

- excess physical infrastructure, which occurs when more square footage is available for processing mail than is necessary (this may include entire plants);

- excess transportation capacity, which occurs when trucks are run at less than full capacity; and

- excess machine hours, which occur when machines sit idle.

Declines in mail volume have led to excess equipment capacity because less mail is being processed on the same amount of equipment. As stated earlier, worksharing contributes to all types of excess capacity because more mail volume is bypassing Service operations that occur early in the

process, such as cancellation and initial sorting. In the case of dropshipping, volumes of mail bypass entire plants. With automation, mail can be sorted faster than with manual processing. This has led to earlier processing completion times and higher productivities. On average, 525 pieces of letter mail can be sorted in 1 hour using manual processing operations, while 8,171 letters can be sorted in 1 hour using automated processes. Consequently, mail no longer needs to be processed on all plant shifts and equipment is being used fewer hours a day. Advancements in technology have also lessened the need for certain types of plants, such as air mail centers and remote encoding centers—which are separate plants established to perform address barcoding on letters that could not be read by the automated equipment in the mail processing plants.

## The Service Is Pursuing Several Initiatives in Response to Changes but Challenges Remain

To achieve a more efficient and flexible infrastructure in response to changes in the marketplace, the evolution of the mail processing infrastructure, and shifts in demographics, the Service is exploring broad infrastructure realignment, while at the same time pursuing several initiatives to address inefficiencies in its current infrastructure. In its 2002 Transformation Plan, the Service outlined its network optimization effort, the goal of which was to create a flexible logistics network that reduces mailing industry costs, increases overall operational efficiency, and improves service. The Service has also taken some concrete steps to realign its infrastructure by closing some processing annexes, approving construction on plants in certain locations, and consolidating operations in various plants. In addition, the Service is pursuing several initiatives to improve efficiency in its current infrastructure. It is expanding automation, improving material handling operations, creating a comprehensive transportation network, and introducing standardization programs in an effort to reduce workhours and increase productivity. The Service faces challenges in reducing variations in productivity across plants in part because standardization efforts are hindered by the complexity in operations and the physical differences in plants. The Service also faces challenges in reducing excess capacity while maintaining service standards, including workforce rules, and stakeholder resistance to plant closings.

## The Service Is Working Toward Realigning Its Infrastructure to Address Changes

To assess its overall infrastructure in relation to changes that have occurred, in November 2001, the Service began developing a modeling tool designed to identify the least-cost network, given current service standards, under several network scenarios. According to the Service, the model will "help the Service determine which plants remain viable and necessary within the future infrastructure, and what distribution and transportation roles [would] be performed by plants that remain as parts of an optimal, fully integrated network." According to the Service's Transformation Plan, a plan to implement the results of this modeling tool was to be completed by December 2002. By November 2003, the Service had collected detailed operational and volume data and had developed data-based models. In January 2004, the Service reported that the models were being tested and validated. Since then, there has been little public information on the results of these models or the Service's implementation plans.

The Service has also begun closing annexes—temporary plants used for mail operations when space is limited— and consolidating mail processing operations in order to address the issue of excess capacity. While new construction is also taking place, some of these projects have been in the planning stages for years. Consequently, it is unclear whether the Service is incorporating its future infrastructure needs into its current projects.

Between fiscal year 2002 and 2004, the Service closed 50 annexes. According to Postal Service officials, decisions to close annexes are based on volume and do not take future network configuration into consideration. Because annexes are usually staffed by temporary employees, for whom the Service does not have the same notification and reassignment requirements as it does for permanent employees, they are easier to close than other plants and the closing can be done relatively quickly and with little controversy. Also, while most processing plants are owned by the Service, most annexes are leased and therefore can be closed without having to dispose of the asset. Table 8 shows the number of plants and annexes owned and leased by the Service.

**Table 8: Number of Plants and Annexes Owned and Leased by the Service as of September 30, 2004**

| Type | Owned | Leased | Total |
|------|-------|--------|-------|
| Plants | 330 | 60 | 390 |
| Annexes | 20 | 45 | 65 |

Source: GAO analysis of U.S. Postal Service data.

However, according to Service officials, closing annexes is a short-term solution. In some cases, the Service is planning on eliminating certain types of plants altogether. For example, the Service's Chief Operating Officer told us that there is no longer a need for processing mail at air mail centers because, due to technological advances, mail can be assigned to specific flights right at the mail processing and distribution plants. The leases for air mail centers are typically very expensive; and in many areas of the country, the Service is considering closing down the plants as the leases expire. Another example is the reduction and eventual elimination of the separate address barcoding centers, remote encoding centers. Enhancements in the ability of automation equipment to read addresses have now significantly reduced the need for remote encoding centers. Initially, the Service had 55 of these centers and is now down to 17.

In several areas, rather than closing entire plants, the Service has consolidated sorting operations at several plants into one plant. For example, in the Pacific Area, Saturday mail processing has been consolidated from 23 plants to 11 plants. An area official told us that the consolidation effort began a few years ago in response to volume declines. The official pointed out that consolidation of Saturday mail processing reduces processing costs, but may increase transportation costs because the mail has to be rerouted to the plant that is processing the consolidated volumes. The Service is able to consolidate Saturday processing because there is no delivery on Sunday. Therefore, the Service can reroute the mail and still meet its service standards. Officials in other areas told us that they are also consolidating Saturday processing. While efforts to close plants and consolidate operations have taken place, the Service has not provided any public information on its future closings and consolidations, nor does it have a standard procedure in place for closing plants, and instead operates on a case-by-case basis.

The Service has begun constructing, or has approved funding for the construction of new plants because, as stated earlier, some plants cannot

accommodate necessary equipment, do not have room for current operations, or are not optimally located. For example, in Philadelphia, the Service is building a new processing and distribution center to replace the current one, which was built in 1935 and consists of two four-story buildings connected by a bridge. Mail at this plant is processed on separate floors and is moved between operations using elevators. The new plant will be two stories but will have a tray management system that will assist in moving the trays between the floors. It will also be able to accommodate mail-processing equipment that will not fit in the current plant and will have more dock space. According to the manager at the Philadelphia plant, moving to the new building should increase productivity and decrease the workhours currently needed to move mail between operations. The Postal Service Board of Governors has also approved funding for new plants in Maine and Michigan.

| | |
|---|---|
| **The Service Is Increasing Its Automated Operations to Improve Productivity and Efficiency** | The Service is completing the automation of letter mail processing and focusing efforts on automating flats and parcels to increase productivity and reduce costs in response to changes that have occurred in the mailing industry. The Service is automating the processing of undeliverable-as-addressed mail, deploying automated flat sorting equipment and deploying a promising new parcel-sorting machine. However, increased automation contributes to excess capacity and it is not clear how the Service intends to reduce this excess capacity as its operations become more automated. |
| Letter Processing Automation | The Service is continuing its automation of letter mail by focusing on controlling the cost of undeliverable-as-addressed mail, which includes mail that is improperly addressed and change of address mail. Annually, an average 4.3 billion letters are undeliverable-as-addressed and require additional processing steps to verify and sort the mail to the correct address. This mail costs the Service approximately $1.8 billion a year. Currently, undeliverable-as-addressed mail is processed to the delivery unit where the carrier identifies the piece as undeliverable. The mail is then transported to a Computerized Forwarding System site, where the undeliverable-as-addressed mail is manually keyed and redirected for processing to the correct location. This means that each piece is essentially processed twice, resulting in increased costs. To address this expenditure, the Service is deploying software technology called the Postal Automated Redirection System. By scanning each piece of mail and comparing it with a computerized database of change of address forms, the software identifies undeliverable-as-addressed letter mail at the first automation handling and redirects the mail to the current address, thus, reducing the |

handling and transportation of undeliverable-as-addressed mail. The Service expects to save approximately 5 million workhours annually upon completion of the program. However, upon completion, the Postal Automated Redirection System will only redirect undeliverable-as-addressed letter mail. Flat undeliverable-as-addressed mail will continue to be processed through the Computerized Forwarding System.

**Flat Processing Automation**

The Service has recently deployed automation equipment for flat mail that is intended to improve productivity and reduce handling costs of over 50 billion flat pieces processed each year. In 1982, the Service began moving flats out of manual processing by introducing mechanized sorting machines. However, the Service experienced problems with the mechanized machines, including frequent jams and high maintenance costs. Many of these problems were due to mail pieces that were wrapped in plastic, or too flimsy to be processed on the equipment, and resulted in an increase in the unit mail processing cost for flat mail, particularly periodicals. In fiscal year 1996, the Service began replacing the older machines with a flat sorting machine (FSM 1000) that, although still not automated, was designed to handle pieces wrapped in plastic and less rigid pieces. In 2000, the Service also introduced an automated flat sorting machine (AFSM 100) that contains an automated flat feeder and optical recognition technology to read addresses. In plants that do not have enough flat volume to justify deployment of the AFSM 100, the Service is modifying the existing FSM 1000 to include scanning capabilities that replace the need for manual keying. The AFSM 100 has a throughput rate of 17,000 or more flat pieces of mail per hour, which is more then twice as fast as the FSM 1000. As seen in table 9, the higher throughput results in higher productivity than manual or mechanized operations.

**Table 9: Comparison of FY 2004 Productivity for Flat Sorting Operations**

| Flat sorting operation | Productivity Pieces Handled per Hour |
|---|---|
| Manual Flats | 427 |
| FSM 1000 | 433 |
| AFSM 100 | 2,011 |

Source: U.S. Postal Service.

While the AFSM 100 has a faster throughput for processing flat mail than its predecessor, when it was first deployed, mailers experienced problems with the feeder system ripping the covers, which generally contain

addresses, off of magazines. Consequently, subscribers were not receiving their magazines or were receiving just the cover. The Service is currently working to enhance the feeders with upgrades designed to significantly decrease the amount of damage. In addition, the equipment requires many workhours to prepare the mail to be fed through the machine. Therefore, some of the benefit of the increased productivity may be lost. For example, most mail that will be processed on the AFSM 100, must first be stacked into a flat mail cart, which takes 40 minutes for one employee to fill. Due to the speed at which the AFSM 100 can process flats, six carts have to be manually prepared for each hour the AFSM 100 is run, resulting in a significant amount of workhours needed to prepare the flat mail and square footage needed to store the prepared mail waiting to be processed on the equipment. The Service has said that it is exploring ways to automate and standardize the mail preparation process to reduce workhours. Figure 13 shows empty flat mail carts and the space needed to store them and the volume of flat mail in a flat mail cart when it is full.

**Figure 13: Photographs of Empty and Full Flat Mail Cart**

 

Source: GAO.

Unlike letter mail that is sorted on automated sorting machines into the order the mail will be delivered on the carrier route (delivery point sequence), flat mail must be sorted manually by the carrier into delivery order. The Service is exploring automation that would sort flat mail into

delivery sequence order to reduce the need for the carrier to sort flats in the office and technology that would package flat and letter mail together for delivery operations to eliminate carrier sorting. While this technology is still in the research and development stage, it could eventually have a significant effect on the Service's infrastructure and on operations and mail processing across the entire postal network including how mailers prepare and present their mail to the Service. This has raised concerns among mailers.

**Parcel Processing Automation**

To increase efficiencies in parcel processing, the Service has developed automation to reduce manual handling and increase processing capacity. The Service has deployed the Singulator Scan Induction Unit (SSIU), which has improved productivity and sort accuracy for processing packages at the BMC by reducing the need to manually key in parcel addresses. The SSIU is capable of scanning over 5,000 parcels per hour, and eliminates 80 percent of all clerk keying operations at 19 of the 21 BMCs. The equipment cannot be installed in the remaining 2 BMCs due to the unique design of the equipment and the layout of the plants.

The Service is also in the process of deploying the next generation of parcel sorting equipment at the processing and distribution plants called Automated Package Processing Systems (APPS), which will process small parcels and bundles of mail. The APPS machine is expected to replace the small parcel and bundle sorters in larger plants and does not require manual keying of each piece, reducing workhours significantly for the Service. The automated package processing machine is expected to increase processing capacity, productivity, and sorting accuracy of parcels and bundles of mail. However, as seen in figure 14, the APPS machine is very large and many plants do not have the floor space to accommodate it. There are several standard configurations for the APPS machine that require between 12,100 sq. ft. and 32,100 sq. ft. Some Service officials expressed concern because they do not have enough room for the new machine in processing plants, and there are only a few plants that will be able to accommodate the equipment.

**Figure 14: Automated Package Processing Machine**



Source: GAO.

## The Service Is Improving Its Material Handling Operations

The Service is working to expand mechanization and improve productivity in order to reduce workhours in the methods employed to move mail between operations, prepare mail for processing, and load and unload mail from trucks, known as material handling. However, cost concerns limit the effectiveness of these initiatives. The Service has deployed various systems to move trays of mail throughout its processing plants, including the low cost tray sorter, the tray management system, and a prototype of the universal transport system. Between fiscal year 2000 and 2003, the Service reduced its material handling workhours in 244 processing plants by 11 million or 11 percent. However, the Service recently announced that it was curtailing the deployment of the universal transport system because of low return on investment.

To reduce material handling workhours and limit the amount of manual labor needed to move mail between operations, the Service has deployed Low Cost Tray Sorters (LCTS), which are essentially conveyor belts used to

move trays of mail between various operations. LCTS will replace the current method of loading mail into handcarts, manually moving the handcarts between operations, and unloading the handcarts. According to the Service, LCTSs are configured to the unique needs of each particular processing plant and are only justified and deployed on a site-specific basis. To date, the Service has deployed the LCTS in 160 plants; however, the Service has stated that additional site-by-site justifications are possible resulting in additional LCTS deployments. Figure 15 shows one version of the LCTS.

**Figure 15: Low Cost Tray Sorter**



Source: GAO.

The Service has also installed the Tray Management Systems in a number of postal plants. The Tray Management Systems is an automated system that manages and controls mail transport, staging, and retrieval of letter and flat mail trays throughout a plant on a conveyor belt system by scanning barcodes and directing the trays to mail processing equipment. The Service

initially planned on deploying 42 systems but temporarily suspended deployment because of capacity and reliability problems. In 1998, the number of systems to be deployed was reduced to 23 sites costing $497.3 million. Only three multistory plants have the Tray Management System.

The Service recently abandoned an effort to automate material handling due to low return on investment of its experimental Universal Transport System. This system was designed to expand the processing of product lines beyond that of traditional Tray Management Systems, which only process letter and flat trays. Instead, the Universal Transport System is a system that transports trays, bundles, packages, and sacks throughout a plant to enhance work processes and improve information flow. The Service spent $27.3 million developing this system in a processing plant in Fort Myers, FL, over the past 5 years. However, the Service stated that it has no plans for deploying the system to other processing plants.

## The Service Has Made Changes to Its Transportation and Distribution Network to Address Demographic and Transportation Changes

To improve efficiency in its transportation and distribution network, the Service is implementing programs designed to increase utilization of truckload capacity, increase flexibility in transportation contracting, and reduce redundancies.

## The Service Has Developed a Tool to Improve Information Used to Optimize Truckload Capacity

The Service has developed a Transportation Visibility Strategy designed to help management increase utilization of truckload capacity. According to Service officials, currently, 35 to 40 percent of truckload capacity is not being used, and without accurate and complete data on mail volume per truck, the Service has been unable to optimize load capacity. One way in which the Transportation Visibility Strategy is intended to increase efficiency is by using actual volume data in network planning and optimization. Instead of relying on estimates to determine truckload volume, the new strategy will incorporate scanning technology and data management software to determine the origin and destination of mail, and to assign it to a specific route. Having more accurate data on how much mail is coming from or going to any given destination will enable the Service to analyze mail density on travel routes, and consolidate mail traveling to the same location, resulting in fuller trucks. The Service has stated that this strategy will be employed at about 130 plants by fall 2005, which will afford it the ability to capture data on 78 percent of the Service's

originating highway volume and automate 70 percent of the data collection activities that are currently performed manually.

**The Service Is Working to Increase Flexibility in Its Transportation Planning**

The Service has implemented a new contract management system to support the solicitation, award, and administration of its highway contract routes and improve flexibility in the transportation network. Traditionally, the Service has entered into 4-year contracts with its transportation suppliers. According to Service officials, at times, these contracts do not support efforts to create a flexible transportation network. This is because 4-year contracts commit the Service to agreements that may not reflect changing needs such as mail volume fluctuations and changes in processing operations. Also, the Service may not be able to easily add or remove needed trips. Service officials have stated that the use of the new contract management system, in addition to the mail volume data provided through the Transportation Visibility Strategy, will allow the Service to enter into 1 or 2 year transportation contracts that allow it to more accurately plan transportation and routing of mail. The Service is also planning to implement a Transportation Optimization Planning and Scheduling tool that is intended to allow it to conduct long- term planning and dynamic scheduling of its mail transportation. The Service manages over 17,000 highway contract routes and as contracts are renewed, these new systems will allow the Service to assess costs and service performance associated with these contracts.

**The Service Intends to Reduce Redundancies in Transportation and Distribution Systems by Expanding Its Hub and Spoke Program**

The Service plans on expanding its hub and spoke program (HASP), and modifying its Bulk Mail Center (BMC) networks to address redundancies in its transportation and distribution network. Currently, the Service transports First-Class Mail through its HASP network and Standard Mail through its BMC network, which may create redundancies on routes serviced by both networks. Figure 16 shows the current locations of HASPs and BMCs. By eliminating redundancies across these networks, the Service believes that it will be able to cut its transportation costs and improve its efficiency. HASP creates a consolidation hub within an area, thus eliminating some inter-plant truck trips between different processing centers, and their associated costs. Currently, the Service has 13 HASPs located in 8 of its 9 regional areas. The Western Area, which is the largest of the Service's 9 geographic areas, covering 1.7 million square miles, does not have HASP. The Service is considering developing two HASPs in this area, attaching them to the Kansas City, MO, and Denver, CO, processing and distribution centers. Another method the Service is considering to reduce redundancies in its transportation network is to modify its BMC network

for use as regional distribution centers included in the hub and spoke program.

**Figure 16: Service Bulk Mail Center and Hub and Spoke Program Locations**



Source: GAO analysis of U.S. Postal Service data.

Note: There are no Bulk Mail Centers or Hubs in Alaska or Hawaii.

## The Service Has Designed Several Programs to Increase Productivity and Reduce Workhours

The Service has designed several programs to increase processing productivity and decrease variances in productivity between plants, including its Breakthrough Productivity Initiative (BPI) and Standardization Programs, Activity Based Costing (ABC), and Labor Scheduler.

| | |
|---|---|
| **Breakthrough Productivity Initiative and Standardization** | The Service has developed a Breakthrough Productivity Initiative that measures each plant's processing performance against nationally established targets to increase processing productivity and decrease variations in productivity between plants. This initiative includes a recognition program that provides plant managers with financial incentives to perform at their target productivity. The Service establishes target groups and productivity targets for each of these groups. Plants are placed in a group and are compared with the other plants in the same group. Postal officials explained that incentives to increase productivity are given in the form of bonuses for managers and reduced budget allocations for plants.[8] As part of this initiative, the Service has established a Standardization Program. This program identifies "proven practices" in mail processing that have resulted in high productivity for processing plants and communicates these practices, and the subsequent increases in productivity that result from them, to other processing plants. |

The goal of standardization is eventually for all plants to certify that they are reaching set performance targets. Because there may be more than one way to reach a productivity target, a plant does not have to use the proven practice; it only has to meet its productivity target and is provided with a proven way to meet the goal. In addition, targets are reviewed to determine if they need to be adjusted based on demonstrated performance. The first operation to be certified under this program is the Automated Flat Sorting Machine (AFSM 100). The AFSM 100 operations have been standardized, and all plants that use this machine must be certified in them, that is, the operations must all be as productive as their given target. Certification of this operation has resulted in the Service achieving a 6.8 percent increase in performance in fiscal year 2003 with 44 percent of its sites certified. Further, as of August 2004, with 100 percent of its sites certified, the Service achieved record productivity performance of 2,015 pieces per hour being processed, for a 17.7 percent increase in productivity over fiscal year 2003.

**Activity Based Costing**

The Service has begun using an Activity Based Costing program to determine differences in unit operating costs among plants and to identify opportunities for savings in plants. For example, a plant's mail volume,

---

[8]Each area and plant is given a baseline budget, and its budget allocation is subtracted from this baseline. The budget allocation is determined by the amount of unused opportunities for efficiency that an area or plant has. The more unused opportunity it has, the less operating money it gets.

maintenance needs, or workforce size may affect the plant's operating costs. The Activity Based Costing program assigns costs to plants for specific activities and products and provides managers with the ability to identify potential areas where high costs can be reduced. To date, the program is not used in BMCs, but will be piloted in three BMCs in fiscal year 2005.

Using Activity Based Costing in conjunction with BPI would allow plant managers to view the costs associated with different levels of productivity. Managers have an incentive to increase BPI productivity but the costs associated with this productivity may be high. As seen in figure 17, there is a strong correlation between BPI productivity and the cost of processing letter mail. However, not all plants with high productivity have low processing costs. For example, two plants with very similar productivities in fiscal year 2004—2,251 and 2,250 total pieces per hour—had average letter processing unit costs that were about 2 cents apart, with one being about 4.8 cents, and the other about 2.8 cents. Service officials have said that there are plans to expand the Activity Based Costing program. Activity Based Costing was made available to managers in 2003, and officials stated that they are continuously receiving requests from interested employees for training.

**Figure 17:  Correlation Between BPI Productivity (Total Pieces Processed per Hour) and Activity Based Costing Unit Letter Processing Costs for Fiscal Year 2004**



Source: GAO.

**The Service Developed a Labor Scheduler to Optimize Employee Scheduling, but Problems with Data Have Limited Its Use**

The Service has implemented the Labor Scheduler, a model that will allow managers to optimize the number and type of employees required for each mail processing shift and operation. The Labor Scheduler is designed to allow plant managers to avoid overstaffing or understaffing that can lead to higher mail processing costs or poor service. Several problems have arisen with the use of the Labor Scheduler, including poor data quality and insufficient communication used when implementing it.

In February 2004, the Service's Office of Inspector General (OIG) found several problems with the Labor Scheduler. The managers we interviewed corroborated these problems. For example, the OIG determined that the model's input data could not be validated because it was either incomplete or unavailable. Therefore, the model's output data were not reliable. In one instance, the model identified 112 positions in a plant to be changed or reduced. However, after a significant number of the positions were reduced, the plant's workhours and overtime increased. A Service official responsible for implementation of the Labor Scheduler program said that the same type of data are used for each plant but acknowledged that some sites might need to improve their data. This official also said that the output

of the model is only as good as the data collected and how it is used. For example, a headquarters' official told us that data can be manipulated to show a desired outcome. During our plant visits, some managers told us that they were unable to use the Labor Scheduler because its outputs were unrealistic and could not be implemented.

The OIG also found that there was ineffective communication between the Labor Scheduler program office and plant management. Management was unclear on how to use the model and how to use and communicate the model's results. For example, the OIG found that managers were unsure how to manage multiple employee shift start times. This concern was also raised during our site visits, when a plant manager told us that the model's output recommended the plant shifts should start at 12-14 different times. The plant manager said that it would have been hard for managers and employees to keep track of the schedules.

## The Service Faces Challenges in Addressing Productivity Variations among Plants and Excess Capacity

Despite the recent progress the Service has made in improving efficiency and cutting costs, it faces challenges in reducing productivity variances among plants and eliminating excess capacity.

### Difficulties in Reducing Variations in Productivity among Plants

The Service has had difficulty reducing variations in productivity across plants, in part, because standardization efforts are hindered by the complexity in operations and the physical differences in plants. In fiscal year 2001, the average productivity at small plants was 446 pieces per hour higher than the average productivity in large plants. This difference shrunk to 405 pieces in fiscal year 2002, then rose again in fiscal year 2003 to 436 pieces per hour, and 474 pieces in fiscal year 2004. According to postal officials, a key effort directed toward reducing this variation in productivity is its standardization program. These officials said that it is difficult to standardize some operations, such as material handling and collection, because these operations are affected by so many variables, such as how many trucks need unloading on any given day and how the mail is prepared on the truck. Thus, it has been difficult to establish a measurement on which to evaluate them. Standardization is also hampered because there are so many different buildings in the Service's infrastructure that it cannot develop one uniform layout. For example, the automated parcel-sorting machine has standard operating procedures to maximize its output, but it comes in different physical designs to complement different plant layouts.

Service officials told us that engineers have been studying processing plant layouts for years, and have ideas as to what the most efficient layouts are, but have not been able to generalize plant layouts because not all plants have the same equipment in them. Another difficulty in achieving standardization, according to these officials, is that because the workforce is primarily decreased through attrition, standardization processes occur incrementally, in tandem with changes in the workforce.

## Reducing or Eliminating Excess Capacity Is Difficult

The Service faces challenges in eliminating excess capacity while maintaining service standards, which drive dispatch times at processing plants. For example, one way to reduce excess capacity in the form of workhours and transportation capacity is to consolidate mail-processing operations from many plants into one plant. If some of the plants are then closed and equipment disposed of, then excess physical infrastructure and machine capacity is also reduced. However, according to a Service official, service standards impede consolidation of mail processing because consolidation requires re-routing mail from plants that are closer to collection or delivery points to plants that are farther away. This official said that relaxing service standards could greatly increase the amount of consolidation that could be achieved. The challenge is to reduce excess capacity while maintaining service standards.

The Service and its unions have negotiated workforce rules, which are important in documenting how work in the plant will be performed and in protecting workers' rights. According to Service managers, contractual workforce rules reduce management's flexibility to reduce excess capacity because these rules govern reassignments and terminating positions that are no longer needed. For example, several Service managers told us that it is difficult for them to move excess employees to positions where they are needed because of these workforce rules. These workforce rules include steps to be followed when eliminating positions, and rules regarding transferring employees between positions, such as clerks, mailhandlers, and carriers.[9] When transferring between positions, employees will often lose their seniority so they elect not to transfer. Therefore, if a plant has too many clerks and not enough mailhandlers, it cannot simply move some clerks to mailhandler positions. In addition, moving employees between plants requires the Service to follow specific steps that often limit managers' flexibility. One area vice president told us that it is very

---

[9]Mail processing clerks perform a variety of duties related to processing mail; mail handlers move mail between operations; and carriers deliver the mail.

challenging to move employees from one plant to another. For example, this vice president had worked out an agreement between the regional unions to allow employees to move from a plant that had too many employees to a plant with too few. However, local union representatives wanted part-time employees in their district to be converted to full-time employees and given positions in the plant with openings rather than have current full-time employees from the over-staffed plant move. Therefore, they halted the agreement at the last minute. The workforce contracts also include "no layoff" clauses and procedures that must be followed when plants are closed or tours consolidated, including a formal agreement that requires 60-days notice whenever the Service is going to close a plant.

Another obstacle to eliminating excess capacity is the resistance the Service has historically encountered when it tries to close plants. In each of the three cases we reviewed, the Service encountered resistance to its plans to close plants. For example:

- When the Service wanted to move operations from the Pendleton, OR, plant to nearby Pasco, WA, because of equipment limitations in Pendleton, many people protested. Local congressional representatives made a formal request to the Service not to close the plant. In response, the Service modified the equipment to fit into the existing plant.

- When the Service considered moving the business mail entry unit from St. Paul, MN, to Minneapolis, MN, because of security concerns and cramped plant space, local union members and representatives got involved and urged the Service to reconsider. Although none of the 30 employees at the St. Paul plant would have lost their jobs, their schedules and commutes would have changed. The Service agreed to delay the closing pending further review.

- At the Marina Del Rey, CA, processing and distribution plant, local managers began moving some operations out of the plant and consolidating them with operations at the Los Angeles, CA, plant. Before any decisions were announced at the headquarters level, word got out that the plant was being considered for closing. Local unions contacted local government representatives, and union members picketed the plant. Some of this resistance was due to the Service's failure to communicate with its employees and unions regarding the Marina Del Rey plant. National union representatives told us that the Service never contacted them about the possible closing, and they only heard about it after the possible closing was discussed in a newspaper article.