UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN POSTAL WORKERS UNION, AFL-CIO )<br>)<br>)<br>)<br>Plaintiff )<br>v. )<br>)<br>UNITED STATES POSTAL SERVICE )<br>)<br>Defendant. )<br>) | Civil Action No.: 06-0726 (CKK) |

**NOTICE OF SUBSTITUTION OF COUNSEL**

The Clerk of the Court will please enter the appearance of Assistant United States Attorney Kenneth Adebonojo and remove the appearance of Assistant United States Attorney Andrea McBarnette as counsel for Defendant in the above-captioned case.

/s/
KENNETH ADEBONOJO
Assistant United States Attorney
555 4th St., N.W.
Washington, D.C. 20530
(202) 514-7157
kenneth.adebonojo@usdoj.gov

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 22nd day of February, 2008, I caused the foregoing Praecipe to be served on Plaintiff's attorney, **Darryl James Anderson**, via the court's Electronic Case Filing System (ECF).

                                            /s/
                                      KENNETH ADEBONOJO
                                      Assistant United States Attorney
                                      555 4th St., N.W.
                                      Washington, D.C. 20530
                                      (202) 514-7157
                                      kenneth.adebonojo@usdoj.gov